UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| GARY ZIMMERMAN, | : CIVIL ACTION NUMBER |
| Plaintiff, | : 3:02CV01811 (AVC) |
| v. | : |
| GARY COHEN, | : |
| Defendant. | : MAY 26, 2004 |

**JOINT MOTION FOR ONE-WEEK EXTENSION OF TIME
TO FILE TRIAL MEMORANDUM**

The defendant in the above-captioned action, Gary Cohen, hereby requests a seven (7) day extension, to and including June 4, 2004, to file the Joint Trial Memorandum ("Trial Memorandum") ordered by the court's (Coviello, J.) Pretrial Order, dated April 28, 2004. Pursuant to the Pretrial Order, the Trial Memorandum "shall be submitted by no later than May 28, 2004." Counsel for the plaintiff, Attorney Votre, has been contacted and joins in this request.

In support of this Motion, the defendant represents that the undersigned counsel has just concluded trial in the Judicial District of Ansonia/Milford at Milford, and will now be out of state conducting a deposition from May 26, 2004 through May 28, 2004, not returning to Connecticut until May 29, 2004. As such, counsel for the defendant may not have access to all relevant information

364029

necessary to complete the Trial Memorandum until May 30, 2004, at the earliest. Moreover, counsel for the plaintiff is presently on trial with an anticipated conclusion date of May 27, 2004. Accordingly, both parties request a brief extension of time to correspond, exchange information and properly complete the Trial Memorandum. In further support of this Motion, the defendant represents that the parties anticipate exchanging draft versions of the Trial Memorandum by the conclusion of this week.

WHEREFORE, the defendant respectfully requests this Motion be granted.

>                DEFENDANT,
>                GARY COHEN,
>
>                By: /s/ R. Scott Slifka
>                R. SCOTT SLIFKA, ESQ.
>                Federal Bar Number ct21407
>                UPDIKE, KELLY & SPELLACY, P.C.
>                One State Street
>                P.O. Box 231277
>                Hartford, CT  06123-1277
>                Tel.  (860) 548-2600

364029

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 26th day of May, 2004, to the following counsel of record:

Kenneth A. Votre, Esq.
Votre & Associates, P.C.
201 Orange Street
New Haven, CT  06510

By: _____
R. SCOTT SLIFKA, ESQ.
Updike, Kelly & Spellacy, P.C.