47

FILED
2004 MAY 27 A 9: 02
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| GARY ZIMMERMAN, | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 3:02CV0181X (AVC) |
| v. | : | |
| GARY COHEN, | : | |
| Defendant. | : | MAY 26, 2004 |

### JOINT MOTION FOR ONE-WEEK EXTENSION OF TIME
### TO FILE TRIAL MEMORANDUM

The defendant in the above-captioned action, Gary Cohen, hereby requests a seven (7) day extension, to and including June 4, 2004, to file the Joint Trial Memorandum ("Trial Memorandum") ordered by the court's (Coviello, J.) Pretrial Order, dated April 28, 2004. Pursuant to the Pretrial Order, the Trial Memorandum "shall be submitted by no later than May 28, 2004." Counsel for the plaintiff, Attorney Votre, has been contacted and joins in this request.

In support of this Motion, the defendant represents that the undersigned counsel has just concluded trial in the Judicial District of Ansonia/Milford at Milford, and will now be out of state conducting a deposition from May 26, 2004 through May 28, 2004, not returning to Connecticut until May 29, 2004. As such, counsel for the defendant may not have access to all relevant information

364029

*[Margin notation: GRANTED. Alfred V. Covello, U.S.D.J. May 27, 2004. SO ORDERED.]*