*H9*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

*FILED*

*2004 JUN -9 A 10 40*

*U.S. DISTRICT COURT*
*HARTFORD, CT.*

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | No.:302 CV 0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | |
| *Defendant.* | : | June 8, 2004 |

### JOINT MOTION NUNC PRO TUNC FOR THREE WEEK
### EXTENSION OF TIME TO FILE TRIAL MEMORANDUM

The Plaintiff in the above captioned case, Gary Zimmerman hereby requests a fourteen (21) day extension, to and including June 25, 2004 to file the Joint Trial Memorandum ordered by the court's Pretrial Order dated April 28, 2004. Pursuant to the Pretrial Order, the Trial Memorandum "shall be submitted by no later than May 28, 2004." Counsel for the Defendant, Attorney Slifka has been contacted and joins in this request.

In support of this Motion, the Plaintiff represents that the undersigned counsel was scheduled to be on trial in the Superior Court of New Haven with a conclusion date of May 27, 2004. The Defendant has indicated that he was out of state conducting a deposition from May 26, 2004 through May 28, 2004. Because of these schedules, the parties were unable to correspond and properly complete the trial memorandum. The court extended the date for filing one week at the request of the parties. Counsel believed at the time that this would have been sufficient. On June 4, 2004 the Plaintiff presented the defendant with a draft version of the Trial Memorandum, which is extensive due to the number of exhibits likely in this case. The Plaintiff hereby requests an extension of

GRANTED.
June 14, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
*2004 JUN 14 P 2: 06*
*U.S. DISTRICT COURT*
*HARTFORD, CT.*