UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN<br>    Plaintiff | : | CIVIL ACTION NO.:<br>302CV0181 (AVC) |
| VS. | : | |
| GARY COHEN<br>    Defendant | : | SEPTEMBER 28, 2004 |

## MOTION FOR PROTECTIVE ORDER AND
## MOTION TO QUASH SUBPOENA

Attorney Gary Cohen, a defendant in the above-captioned action, respectfully moves pursuant to Rule 26 (c) and Rule 45(c)(2)(B) of the Rules of Civil Procedure, to quash a Subpoena served by the plaintiff, Gary Zimmerman. More specifically, Attorney Cohen requests that the Court quash the subpoena issued by this Court in the Civil Case entitled *Zimmerman Properties, Inc. and Gary Zimmerman v. David Grund and Grund and Starkopf, P.C. n/k/a Grund, Startkopf & Leavitt, P.C.*, filed in the United States District Court, Northern District of Illinois, Eastern Division, Case Number 03C 3359.

By way of Subpoena, Attorney Cohen is commanded to appear at the offices of Votre & Rini, counsel for plaintiff in both the Connecticut and Illinois actions, and testify on September 29, 2004 at 10:00 a.m. As is more fully set forth below, Attorney Cohen respectfully objects to the Subpoena and further moves this Court for an order quashing the Subpoena on the grounds that it is unreasonable,

375292

oppressive and unduly burdensome. In support of this motion, Attorney Cohen represents the following:

1. Attorney Cohen is a member of the Bar of the State of Connecticut, with a private practice in Greenwich, Connecticut.

2. The plaintiff in both the Connecticut and Illinois matters, Gary Zimmerman (hereinafter, collectively "Zimmerman"), alleges that he was a former client of Attorney Cohen. More specifically, Zimmerman claims that beginning on or about August 4, 2000, he retained Attorney Cohen to represent him in a Divorce proceeding.

3. In or about May, 2001, Attorney Cohen, Zimmerman and Zimmerman's ex-wife and her attorneys, met in Chicago to mediate the divorce. At that mediation, Ms. Zimmerman was represented by Attorney David Grund, the defendant in the pending Illinois action. At the conclusion of the mediation, a Marital Settlement Agreement was executed by Zimmerman and Mrs. Zimmerman.

4. Following the conclusion of the mediation, Zimmerman brought separate actions in United States District Court against Attorney Cohen and Attorney Grund. The matter against Attorney Cohen is pending in the District of Connecticut and the matter against Attorney Grund is pending in the Eastern Division of the Northern District of Illinois. In both matters, Zimmerman is represented by Attorney Kenneth Votre.

5. On or about October 14, 2002, Zimmerman, through Attorney Votre, took the deposition of Attorney Cohen. On or about February 6, 2003, Zimmerman through Attorney Votre, continued the deposition of Attorney Cohen.

375292

6. On or about September 10, 2004, with no notice to the undersigned, Zimmerman attempted to serve Attorney Cohen with a subpoena in the Illinois case. The subpoena commanded Attorney Cohen to appear on September 15, 2004 to provide a deposition.

7. Despite already submitting to two prior depositions in the Connecticut case, Attorney Cohen, through the undersigned, agreed to provide dates, in lieu of the subpoena, when he would submit to a third deposition. Despite the best efforts of Attorney Cohen, the undersigned and Attorney Votre's office, the parties were unable to provide an agreeable date in September for the deposition of Attorney Cohen. The undersigned agreed with Attorney's Votre's office to work with Attorney Cohen to provide dates acceptable to all parties.

8. Before such dates could be provided, a second subpoena, dated September 21, 2004 was forwarded to the undersigned by his client, Attorney Cohen. The subpoena commanded Attorney Cohen to appear on September 29, 2004 to provide a deposition.

9. The undersigned contacted Attorney Votre on or about September 24, 2004, to provide suggested dates for Attorney Cohen's deposition. Attorney Votre rejected these suggested dates, and indicated his intent to proceed with enforcing the subpoena. Further, by way of correspondence dated September 24, 2004, Attorney Votre further indicated his intent to go forward on the 29th of September.

10. Attorney Cohen has already submitted to two days of depositions in the Connecticut case. Now, in a matter in which he is not party, yet involves the same facts, Attorney Cohen has been subpoenaed by the same party who has already twice deposed him. Attorney Cohen submits that such

375292

conduct presents an undue burden and expense to Attorney Cohen, and is calculated merely to harass Attorney Cohen and provide Zimmerman with a third "bite at the apple."

11.    Moreover, Rule 30 of the Rules of Civil Procedure provides that, "[a] party desiring to take the deposition of any person upon oral examination shall give reasonable notice in writing to every other person to the action." Fed. R. Civ. P. 30(b)(1). Attorney Cohen is a renowned and busy practitioner, with a number of trials and court hearings scheduled in the coming weeks. The subpoena provides less than one week from the date of service for Attorney Cohen to reschedule court ordered conferences and hearings and appear at Attorney Votre's office. Such demands are unreasonable and fail to allow reasonable time for compliance.

12.    Attorney Cohen is a non-party to this action. Nevertheless, Zimmerman is seeking to command his appearance with limited notice by way subpoena. Attorney Cohen has twice provided deposition testimony regarding the same issues to the same party. For all of the above mentioned reasons, Attorney Cohen seeks the Court's protection from Zimmerman's attempts to harass, annoy and burden Attorney Cohen.

375292

The undersigned has attached to this Motion a Certificate that Counsel has made a good faith effort to resolve this dispute without court action.

WHEREFORE, in light of the foregoing, Attorney Cohen respectfully requests that the Court grant his Motion for Protective Order and Motion to Quash Subpoena Duces Tecum.

                    Respectfully submitted,
                    DEFENDANT,
                    GARY COHEN

By:_____
     KATHERINE C. CALLAHAN, ESQ.
     Federal Bar Number ct06126
     BENJAMIN J. BERGER, ESQ.
     Federal Bar No. ct25555
     Updike, Kelly & Spellacy, P.C.
     One State Street, 24th Floor
     Hartford, CT  06123
     Tel. (860) 548-2600

375292

## ORDER

The foregoing Motion for Protective Order and Motion to Quash, having been duly presented to the Court, it is hereby ORDERED:

That the same be and hereby is

GRANTED / DENIED.

_____
Judge / Clerk

375292

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 28th day of September, 2004 to the following counsel of record:

Kenneth A. Votre, Esq. (203) 498-0065
201 Orange Street
New Haven, CT   06510

Christopher P. McClancy, Esq. (203) 656-4800
1051 Post Road
PO Box 1124
Suite 3
Darien, CT   06820

By: _____
BENJAMIN J. BERGER, ESQ.

375292

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN<br>　　Plaintiff | : | CIVIL ACTION NO.:<br>302CV0181 (AVC) |
| VS. | : | |
| GARY COHEN<br>　　Defendant | : | SEPTEMBER 28, 2004 |

### RULE 26 (c) CERTIFICATE

The undersigned certifies that good faith efforts were made in a telephone conference between Attorney Benjamin Berger and Attorney Kenneth Votre, on September 28, 2004, to resolve this dispute without court action. Such efforts were unsuccessful, thus necessitating the filing of the Motion for Protective Order and Motion to Quash Subpoena Duces Tecum.

Respectfully submitted,
DEFENDANT,
GARY COHEN

By: _____
KATHERINE C. CALLAHAN, ESQ.
Federal Bar Number ct06126
BENJAMIN J. BERGER, ESQ.
Federal Bar No. ct25555
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
Hartford, CT 06123
Tel. (860) 548-2600

375292

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed via U.S. mail, postage prepaid on this 28th day of September, 2004 to the following counsel of record:

Kenneth A. Votre, Esq. (203) 498-0065
201 Orange Street
New Haven, CT   06510

Christopher P. McClancy, Esq. (203) 656-4800
1051 Post Road
PO Box 1124
Suite 3
Darien, CT   06820

By: _____
BENJAMIN J. BERGER, ESQ.

375292