FILED
2004 SEP 28 P 3: 21
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY ZIMMERMAN : CIVIL ACTION NO.:
    Plaintiff : 302CV0181 (AVC)
 :
VS. :
 :
GARY COHEN :
    Defendant : SEPTEMBER 28, 2004

## MOTION FOR PROTECTIVE ORDER AND
## MOTION TO QUASH SUBPOENA

Attorney Gary Cohen, a defendant in the above-captioned action, respectfully moves pursuant to Rule 26 (c) and Rule 45(c)(2)(B) of the Rules of Civil Procedure, to quash a Subpoena served by the plaintiff, Gary Zimmerman. More specifically, Attorney Cohen requests that the Court quash the subpoena issued by this Court in the Civil Case entitled *Zimmerman Properties, Inc. and Gary Zimmerman v. David Grund and Grund and Starkopf, P.C. n/k/a Grund, Startkopf & Leavitt, P.C.*, filed in the United States District Court, Northern District of Illinois, Eastern Division, Case Number 03C 3359.

By way of Subpoena, Attorney Cohen is commanded to appear at the offices of Votre & Rini, counsel for plaintiff in both the Connecticut and Illinois actions, and testify on September 29, 2004 at 10:00 a.m. As is more fully set forth below, Attorney Cohen respectfully objects to the Subpoena and further moves this Court for an order quashing the Subpoena on the grounds that it is unreasonable,

375292

---

October 4, 2004. The motion is denied without prejudice to its refiling as a separate case with the proper filing fee of $39.00 SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 OCT 4 A 11:05 U.S. DISTRICT COURT HARTFORD, CT.