# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | No.:302 CV 0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | |
| *Defendant.* | : | November 8, 2004 |

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL MEMORANDUM OF LAW AND AFFIDAVIT
## IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

The Plaintiff, Gary Zimmerman, respectfully moves the court to permission to file A Supplemental Memorandum In Support of The Plaintiff's Motion For Reconsideration. A copy of that Memorandum is being filed herewith. The Plaintiff has no objection to the Defendant having a opportunity to respond. The Memorandum and Affidavit stipulate the Plaintiff's discussion of CUTPA in its original memorandum.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Zimmerman/memo of law re motion for reconsideration

1

                THE PLAINTIFF
                GARY ZIMMERMAN


By:_____
    Kenneth A. Votre, Esq. (ct05981)
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel:  (203) 498-0065

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the __ day of _____, 2004, to the following counsel of record:

Robert Scott Slifka, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124


_____
Kenneth A. Votre, Esq.

Zimmerman/memo of law re motion for reconsideration