D

55

**FILED**

2004 NOV -9  A 11: 41

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| GARY ZIMMERMAN<br>*Plaintiff* | : No.:302 CV 0181 (AVC)<br>:<br>: |
| VS. | :<br>: |
| GARY COHEN<br>*Defendant.* | :<br>: November 8, 2004 |

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL MEMORANDUM OF LAW AND AFFIDAVIT
## IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

The Plaintiff, Gary Zimmerman, respectfully moves the court to permission to file A Supplemental Memorandum In Support of The Plaintiff's Motion For Reconsideration. A copy of that Memorandum is being filed herewith. The Plaintiff has no objection to the Defendant having a opportunity to respond. The Memorandum and Affidavit stipulate the Plaintiff's discussion of CUTPA in its original memorandum.

FILED 2004 NOV 12 A 10:27 U.S. DISTRICT COURT HARTFORD, CT

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

November 10, 2004.   GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

Zimmerman/memo of law re motion for reconsideration

1