UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN, | : | CIVIL ACTION NUMBER |
|     Plaintiff, | : | 3:02CV01811 (AVC) |
| v. | : | |
| GARY COHEN, | : | |
|     Defendant. | : | NOVEMBER 11, 2004 |

<u>**APPEARANCE**</u>

To the Clerk of this court and all parties of record:

    Enter my appearance, as counsel in this case for defendant, Gary Cohen.

                                                 RESPECTFULLY SUBMITTED,

                                                 DEFENDANT,
                                                 GARY COHEN


                               By:_____
                                  BENJAMIN J. BERGER, ESQ.
                                  Federal Bar Number Ct 25555
                                  UPDIKE, KELLY & SPELLACY, P.C.
                                  One State St., P.O. Box 231277
                                  Hartford, CT 06123-1277
                                  Tel. No. (860) 548-2600

379636

# **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Appearance has been sent via U.S. mail postage prepaid, this 11th day of November, 2004, to the following pro se parties of record:

Kenneth A. Votre, Esq.
201 Orange Street
New Haven, CT   06510


By:_____
    BENJAMIN J. BERGER, ESQ.
    Updike, Kelly & Spellacy, P.C.

379636