# CURRICULUM VITAE

10/15/03 **GEOFFREY C. HAZARD, JR.**

Trustee Professor of Law, University of Pennsylvania Law School
Director Emeritus, American Law Institute

Address: 139 Rutgers Ave. Tel:(610) 544-4550
Swarthmore, PA 19081 Fax:(610) 544-5083

University of Pennsylvania Law School
3400 Chestnut St. Tel:(215)898-7494
Philadelphia, PA 19104 Fax:(215)573-2025

## EDUCATION

Swarthmore College, B.A. 1953 (Phi Beta Kappa)
Columbia University, LL.B. 1954 (Columbia Law Review)

## PROFESSIONAL APPOINTMENTS

Member, California State Bar, Pennsylvania Bar
Admitted to practice: Oregon, 1954; California, 1960; Connecticut, 1982; Pennsylvania, 1994
Practiced in Oregon, 1954-57; Deputy Legislative Counsel, State of Oregon, 1956-57; Executive Secretary, Oregon Legislative Interim Committee on Judicial Administration, 1957-58
Executive Director, American Bar Foundation, 1964-70
Consultant, American Bar Association Special Committee on Code of Judicial Conduct, 1970-72
Reporter, American Bar Association Special Commission on Standards of Judicial Administration, 1971-77
Reporter, American Law Institute, Restatement of Judgments, Second, 1973-81
Reporter, American Bar Association Special Commission on Evaluation of Professional Standards, 1978-83
Reporter, Committee on Ethical Standards, National Association of Bond Counsel, 1983-84
Director, American Law Institute, 1984-1999
Member, Standing Committee on Rules of Practice and Procedure, Judicial Conference of the United States, 1994-2000

Member, Judicial Conference Ad Hoc Committee on Mass Torts, 1997-99
Member, American Bar Association Resource Team for High Profile Trials 1996-1998
Member, American Bar Association Commission on Ethics 2000, 1997-2002
Member, Associazione Italiana fra gli Studiosi del Processo Civile, 1998-

## ACADEMIC APPOINTMENTS

Trustee Professor of Law, University of Pennsylvania, 1994-
Professor of Law, Yale University, 1971-94; Sterling Professor of Law Emeritus 1994-
Associate Professor of Law, University of California, Berkeley, 1958-61; Professor of Law, 1961-64
Visiting Professor, University of Michigan, 1963
Professor of Law, University of Chicago, 1964-71
Visiting Professor, Stanford University, 1974
Acting Dean, Yale School of Organization and Management, 1980-81; Associate Dean, 1979-80; Deputy Dean, 1981-82
Visiting Professor, Universite d'Aix-Marseille, 1982
Visiting Professor, Harvard University, 1983
Visiting Professor, University of Arizona, 1997-2001

## TEACHING SUBJECTS

Civil Procedure, Legal Ethics, Federal Jurisdiction

## BOARD MEMBERSHIPS

Board of Trustees, Supreme Court Historical Society, 1989-
Board of Directors, Avatar Holdings, Inc., 1980-94
Board of Directors, Smyth, Sanford & Gerard Professional Liability, L.L.C. 1995-97
Member, Board of Directors, Friends of the Library of the Supreme Court of Israel 1998-

## PROFESSIONAL ACTIVITIES

Member, Administrative Conference of United States, 1972-78

Adviser, American Bar Association, Standing Committee on Ethics and Professional Responsibility, Subcommittee on Code of Judicial Conduct, 1988-89
Member, Board of Overseers, Institute for Civil Justice, RAND Corp.,1985-90
Advisory Council, Trinity Church (New York) Center for Ethics and Corporate Policy, 1983-1990
Legal Advisory Committee, New York Stock Exchange,1989-92
Member, American Bar Association Committee on Professional Discipline, 1985-91
Member, American Bar Association, Committee on Lawyers' Responsibility for Client Protection, 1991-1994
Member, Pennsylvania Bar Ass'n, California State Bar, American Bar Ass'n, American Law Institute, American Judicature Society, National Legal Aid and Defender Ass'n, Fellows of American Bar Foundation, American Academy of Arts and Sciences
American Philosophical Society

PROFESSIONAL AWARDS

American Bar Foundation, Research Award, 1985
American Bar Foundation, William Keck Foundation Award,1997
Columbia University School of Law Association, Medal for Excellence, 1999
American Judicature Society, Outstanding Contributions to Promoting Effective Administration of Justice. 1999
Ceremony of Salute, Superior Court of Pennsylvania, 1999

HONORARY DEGREES

M.A., Yale University 1971
LL.D., Gonzaga University, 1985
LL.D., University of San Diego, 1985
LL.D., Swarthmore College, 1988
LL.D., Illinois Institute of Technology, 1990
LL.D., Nova University, 1992
LL.D., Republica Italiana (faculta di Urbino), 1998

BOOKS

RESEARCH IN CIVIL PROCEDURE (1963; Walter E. Meyer Research Institute of Law).
LAW IN A CHANGING AMERICA (1968; editor).
QUEST FOR JUSTICE (1973; editor, American Bar Association).
GOING TO LAW SCHOOL? (1974;editor, with Thomas Ehrlich).
CIVIL PROCEDURE (5th ed. 2001, with Fleming James, Jr. and John Leubsdorf).
ETHICS IN THE PRACTICE OF LAW (1978).

PLEADING & PROCEDURE, STATE & FEDERAL (8th ed. 1999; with D. W. Louisell, Colin Tait and Wm. Fletcher).
MANAGING COMPLEX LITIGATION: A PRACTICAL GUIDE TO THE USE OF SPECIAL MASTERS (1983; with Wayne Brazil and Paul Rice).
THE LEGAL PROFESSION: RESPONSIBILITY AND REGULATION (3d ed. 1994; editor, with Deborah Rhode).
THE LAW OF LAWYERING: A Handbook on the Model Rules of Professional Conduct (2d ed. 1990 with William Hodes).
PERSPECTIVES ON CIVIL PROCEDURE (1987; editor, with Jan Vetter).
BOARD GAMES: The Changing Shape of Corporate Power (1988; with Arthur Fleisher, Jr. and Miriam Z. Klipper).
THE LAW AND ETHICS OF LAWYERING (3d. ed. 1999; with Susan Koniak and R. Cramton)
LA GUISTA CIVIL NEGLI STATI UNITI (1993; with Michele Taruffo)
AMERICAN CIVIL PROCEDURE: AN INTRODUCTION (1993, with Michele Taruffo)
AMERICAN CIVIL PROCEDURE: AN INTRODUCTION (Japanese ed., Tanabe Tr. 1997)
POKUS`ENI` SPRA `NI` CHI RAD (Prague, 1996; translation of BOARD GAMES, with Arthur Fleisher, Jr. and Miriam Z. Klipper)
PROFESSIONAL RESPONSIBILITY AND REGULATION (Foundation Press, 2002) (with Deborah Rhode)

REPORTS
(as reporter or draftsman)

Oregon Legislative Interim Commission on Judicial Administration, Vol. I (Judicial Administration), Vol. II (Juvenile Code) (1958)
California Special Legislative Commission on the Insanity Defense, Report (1962).
American Bar Association, Code of Judicial Conduct (1972).

American Bar Association, Standards of Judicial Administration (3 vol., 1974-77).
Legal Services for the Average Citizen, Report of A.B.A. Consortium on Legal Services (1977).
American Law Institute, Restatement Second of Judgments (1982).
American Bar Association, Model Rules of Professional Conduct (1983).
National Association of Bond Lawyers, Function and Professional Responsibilities of Bond Counsel (1984).

ARTICLES

May v. Anderson: Preamble to Family Law Chaos, 45 Va. L. Rev. 379 (1959)

Oregon Administrative Procedure Act -- Status and Prospects, 39 Ore. L. Rev. 97 (1960).

Indispensable Party: The Historical Origin of a Procedural Phantom, 61 Colum. Law Rev. 1254 (1961).

Insanity as a Defense: The Bifurcated Trial, 49 Calif. L.Rev. 805 (1961) (with D. W. Louisell).

Death, the State, and the Insane: Stay of Execution, 9 U.C.L.A. Rev. 381 (1962) (with D. W. Louisell).

Early Evolution of the Common Law Writs: A Sketch, 6 Am. J. Legal Hist. 114 (1962).

An Historical and Critical Analysis of Interpleader, 52 Calif. L. Rev. 706 (1963) (with Myron Moskovitz).

The Research Program of the American Bar Foundation, 51 A.B.A.J. 539 (1965).

Reflections on Four Studies of the Legal Profession, in Law and Society, A Supplemental to Social Problems

(Summer, 1965).

After the Trial Court -- The Realities of Appellate Review, in Jones, Harry W., ed., The Courts, the Public and the Law Explosion (1965).

A General Theory of State-Court Jurisdiction, 1965 Sup. Ct. Rev. 241.

Rationing Justice, 8 J. Law & Econ. 1 (1965).

Limitations on the Uses of Behavioral Science in the Law, 19 Case Western L. Rev. 71 (1967).

The Ombudsman: Quasi-Legal and Legal Representation in Public Assistance Administration, in Sherrard, ed., Social Welfare and Urban Problems (1968).

Challenges to Legal Education, in Sutherland, ed. The Path of the Law from 1967 (1968), pp. 185-194.

Epilogue to the Criminal Justice Survey, 55 A.B.A.J. 1048 (1969).

Social Justice Through Civil Justice, 36 U. Chi. L. Rev. 699 (1969).

Law Reforming in the Anti-Poverty Effort, 37 U. Chi. L. Rev. 242 (1970).

Legal Problems Peculiar to the Poor, 26 J. Social Issues 47 (1970).

Securing Courtroom Decorum, 80 Yale L. J. 433 (1970)(book review).

Res Nova in Res Judicata, 44 So. Calif. L. Rev. 1036 (1971).

Court Finance and Unitary Budgeting, 81 Yale L. J. 1286 (1972)(with Martin B. McNamara and Irwin F. Sentilles, III).

Attorneys' Responsibilities and Duties Under the Securities Laws, in Goldberg, Stuart C., ed., Expanding Responsibilities

Under the Securities Laws (1973).

The Effect of the Class Action Device Upon the Substantive Law, 58 F.R.D 299 (1973).

Legal Services in the U.S.A., 2 Internat'l J.of Crim. and Pen. 43 (1974).

Chancery Procedure and the Seventh Amendment: Jury Trial of Issues in Equity Cases before 1791, 83 Yale L. J. 999 (1974) (with Harold Chesnin).

Law School "Law" and Sociolegal Research, 50 Denver L. J. 403 (1974).

Rethinking Legal Ethics, 26 Stan. L. Rev. 1227 (1974).

Conscience and Circumstance in Legal Ethics, in Hodges, ed., Social Responsibility: Journalism, Law, Medicine (Wash. & Lee Univ., 1975).

Administration of Supporting Services in the Trial Court, 1 Justice System Journal 3 (1975).

Representation in Rule-Making, in Schwartz, ed., Law and the American Future (1975).

The Tennessee Administrative Procedure Act: An Outsider's Perspective, 6 Memphis State U. L. Rev. 143 (1976).

Standards of Judicial Administration: Appellate Courts, 62 A.B.A.J. 1015 (1976).

The Jurisprudence of Juvenile Deviance, in Rosenheim, ed., Pursuing Justice for the Child (1976).

Requisites of a Valid Judgment, 24 Practical Lawyer 35 (1978).

The Supreme Court as Legislature, 64 Cornell L. Rev. 1 (1978).

An Historical Perspective on the Lawyer-Client Privilege, 66 Calif. L. Rev. 1061 (1978).

Talking to Your Lawyer, MBA, May 1978, 17.

The Legal and Ethical Position of the Code of Professional Ethics, V Social Responsibility: Journalism, Law, Medicine (Wash. & Lee Univ., 1979).

Interstate Venue, 64 Nw. L. Rev. 711 (1979).

Proposed Revision of the Rules of Legal Ethics in the United States, in Am. Bar Ass'n, American/Australian/New Zealand Law: Parallels and Contrasts (1980).

Guidelines for Claims of Privilege, United States v. Am. Tel. & Tel. Co., 86 F.R.D. 603 (1980) (with Paul Rice).

Rules of Legal Ethics: The Drafting Task, 36 The Record 77 (1981).

Revisiting the Second Restatement of Judgments: Issue Preclusion and Related Problems, 66 Cornell L. Rev. 564 (1981).

The Lawyer's Obligation to be Trustworthy When Dealing with Opposing Parties, 33 South Carolina L. Rev. 181 (1981).

How Far May a Lawyer Go in Assisting a Client in Legally Wrongful Conduct?, 35 U. of Miami L. Rev. 669 (1981).

Will the ABA Draft Model Rules of Professional Conduct Change the Concept of the Lawyer's Role?, Association of the Bar of the City of New York (Third Orison Marden Memorial Lecture,1981).

The Lawyer's Pro Bono Obligation, in ABA Proceedings of the Second National Conference on Legal Services and the Public (1981).

Do Lawyers Really Need New Disciplinary Rules?, 53 Cleveland Bar J. 1 (1981).

Legal Ethics: Legal Rules and Professional Aspiration, 30 Cleveland State L. Rev. 4 (1982).

Liability of Attorneys Involved in the Preparation of Disclosure Statements, in Fleischer, et al. eds., Thirteenth Annual Institute on Securities Regulation (1982).

Arguing the Law: The Advocate's Duty and Opportunity, 16 Georgia L. Rev. 821 (1982).

Judicial Management of the Pretrial Process in Massive Litigation: Special Masters as Case Managers, 1982 Am. Bar Found. Res. J. 375 (with Paul R. Rice).

The Criminal Justice System: Overview, in Encyclopedia of Criminal Justice (1982).

Competing Aims in Legal Education, 59 No. Dakota L. Rev. 533 (1983).

Why Lawyers Should be Allowed to Advertise: A Market Analysis of Legal Services, 58 N.Y.U.L. Rev. 1084 (1983), (with Russell Pearce and Jeffrey Stempel) republished in Italian, Perche Agli Avvocati Dovrebbe Essere Consentito L'Uso Della Pubblicita, 32 Rivista Di Diritto Civile 277 (1986).

Preclusion as to Issues of Law: The Legal System's Interest, 70 Iowa L. Rev. 81 (1984).

A Question of Scale, Harvard Law School Bulletin, Winter, 1984 (review of Bok report on legal education).

The Technical Expert in Procedure: U.S. National Report, in Nicklisch, ed., Der Technische Sachverstandige im Prozess, VII.Internationaler Kongress fur Prozessrecht, p. 207 (1984).

Legal Ethics, in Gillers, ed., Looking At Law School (1984, 3d

ed. 1990).

Rectification of Client Fraud: Death and Revival of a Professional Norm, 33 Emory L.J. 271 (1984).

Reflections on the Substance of Finality, 70 Cornell L. Rev. 642 (1985).

Curriculum Structure and Faculty Structure, 35 J. Legal Ed, 326 (1985).

The Position of the Supreme Court in the Contemporary Constitutional System of the United States, in Lombardi, Constituzione e Giustizia Constituzionale nel Diritto Comparato (Centro Italiano per lo Sviluppo della Ricerca, 1985).

Ethical Considerations in Withdrawal, Expulsion, and Retirement [from a Firm], in Berger, ed., Withdrawal, Retirement & Disputes, Am. Bar Ass'n Section of Economics of Law Practice (1986).

Court Delay: Toward New Premises, 5 Civil Justice Q. 236 (1986), republished in Italian, Costo e Durata del Processo in Italia e in U.S.A., 32 Rivista di Diritto Civile 271 (1986).

Quis custodiet ipsos custodes?, 95 Yale L.J. 1523 (1986) (book review).

Principles in Legislation, 41 The Record 685 (1986) (Cardozo Lecture).

Rising Above Principle, 135 U.Penn.L.Rev. 153 (1986) (Roberts Lecture).

A Lawyer's Privilege Against Self-Incrimination in Professional Disciplinary Proceedings, 96 Yale L.J. 1060 (1987) (with Cameron Beard).

Triangular Lawyer Relationships: An Exploratory Analysis, 1 Georgetown J. Legal Ethics 15 (1987).

Permissive Affirmative Action for the Benefit of Blacks, 1987 U.Illinois L.Rev. 379 (David C. Baum Memorial Lecture).

Professional Ethics, Rules and Conduct, in Conference Papers, ALI-ABA Arden House III National Conference on the Continuing Education of the Bar (November 13, 1987), reprinted 34 CLE Journal and Register 5 (1988).

The Public Nature of Private Adjudication, 6 Yale L. & Pol'y Rev. 42 (1988) (with Paul D. Scott).

Communitarian Ethics and Legal Justification, 59 U. of Colo. L. Rev. 721 (1988).

Forms of Action Under The Federal Rules of Civil Procedure, 63 Notre Dame L. Rev. 628 (1988).

Four Portraits of Law Practice, 57 UMKC L. Rev. 1 (1988).

Ethics and Politics in the Corporate World, 6 Yale J. on Regulation 155 (1989) (book review).

Discovery Vices and Trans-Substantive Virtues in the Federal Rules of Civil Procedure, 137 U. Penn. L. Rev. 2237 (1989).

Authority in the Dock, 69 Boston U. L. Rev. 469 (1989).

My Station as a Lawyer, 6 Georgia State U. L. Rev. 1 (1989).

Per un approcic manageriale al problema dei ritardi nell'amministrazione della guistizia, 43 Rivista Trimestrial di Diritto e Procedura Civile, No. 4, p. 960 (Dicembre 1989), translated by Dttr. Angelo Dondi.

After Professional Virtue, 1989 Supreme Court Rev., 213.

Law and Business Ethics, in Reitzel, et al. Contemporary Business Law (4th ed. 1990).

The Role of the Legal System in Response to Public Risk, Fall 1990 Daedalus, 229.

Ethical Opportunity in the Practice of Law, 27 San Diego L.Rev. 127 (1990).

It Smacks of Elitism, Am. Law Inst. Remarks and Addresses, May 15-18, 1990.

The Future of Legal Ethics, 100 Yale L.J. 1239 (1991).

Il processo con giuria come modello processuale," 45 Rivista Trimestrial di Diritto e Procedura Civile, No. 2, p. 479(Giugno, 1991), translated by Dttr. Angelo Dondi.

Swimwear for the Ethics Goldfish Bowl, 26 Int'l Soc'y of Barristers Quarterly 297 (1991).

Equality in Civil Litigation, In Kojima, ed., America no Daishihou Shisutemu ("Grand Justice System: American Style"), Chiou University Institute of Comparative Law (1992).

L'avvocato e l'etica professionale: gli aspetti giuridici, Il Foro Italiano, June, 1992, V, 215, translated by Dttr. Angelo Dondi

Justice Marshall in the Medium of Civil Procedure: Portrait of a Master, 80 Georgetown L.J. 2063 (1992).

Doing the Right Thing, 70 Washington U.L.Q. 691 (1992).

Alvin B. Rubin: Man of the Law, 52 Louisiana L. Rev. 1481 (1992).

Lawyers and Client Fraud: They Still Don't Get It, 6 Georgetown J. of Legal Ethics 701 (1993).

Sources of Delays, Motions to Disqualify Could be Handled

Promptly Through ADR, July 1993 Alternatives to the High Cost of Litigation (Center for Public Resources).

The Role of the Legal System in Responses to Public Risk, in E. Burger, ed., Risk (U. Michigan Press 1993).

Dimensions of Ethical Responsibility: Relevant Others, 54 U. Pittsburgh L. Rev. 965 (1993).

Lawyer Liability in Third Party Situations: The Meaning of the Kaye Scholer Case, 26 U. Akron L. Rev. 395.

Reflections on Judge Weinstein's Ethical Dilemmas in Mass Tort Litigation, 88 Northwestern U. L. Rev. 569 (1994).

The American Law Institute: What it is and What it Does, Centro do Studi e Ricerche di Diritto Comparato e Straniero, Saggi, Conferenze e Seminari, (1994).

Azioni di Responsabilita Verso gli Amministratori di Societa Commerciali nel Diritto Statunitense, 39 Rivista delle Societa 441 (1994).

Conflict of Interest in Estate Planning for Husband and Wife, 20 The Probate Lawyer 1 (1994).

Equality and Selectivity in American Civil Litigation, in T. Kojima, T. Atsumi, H. Hokama, and M. Shimuzu, eds., The Grand Design of America's Justice System, Institute of Comparative Law in Japan (1995).

Law, Morals, and Ethics, 19 So. Illinois U.L.J. 447 (1995).

La Nozione di "Substantial Evidence" nel Processo Civile Statunitense, 1-1996 Rivista Trimestrale di Diritto e Procedura Civil 251 (1996).

Conflict of Interest in the Classic Professions, in R. Spece, D. Shimm and A. Buchanan, Conflicts of Interest in Clinical Practice and Research (1996).

The Settlement Black Box, 75 Boston Univ. Law Review. 1257 (1996).

The Client Fraud Problem: A Justinian Quartet, 1 J. Institute for Study of Legal Ethics 43 (1996)

The Privity Requirement Reconsidered, 37 So. Texas L. Rev. 967 (1996).

Commentary: Policy Implications [of Lawyers Problems with Alcohol], 10 J. Law and Health 79 (1995-96).

Un Codice di Etica Professionale per gli Avvocati Italiani? Rivista Trimestrale di Diritto e Procedura Civile, Anno L Fasc. 4-1996.

An Examination Before and Behind the "Entire Controversy" Doctrine, 28 Rutgers L.J. 7 (1996).

A Lawyer's Moral and Ethical Discretion, 8 Researching Law No.2 (1997).

Transnational Rules of Civil Procedure, 30 Cornell Int'l. L.F. 495 (1997, with M. Taruffo).

State Supreme Court Regulation of Professional Ethics, 72 Notre Dame L. Rev. 1177 (1997).

Protecting the Environment: Finding the Balance Between *Delaney* and Free Play, 18 U. Penna. J. Of Int'l Economic Law 487 (with H. Kunreuther, 1997).

Ethical Dilemmas of Corporate Counsel, 46 Emory L.J. 1011, 1053 (1997).

Professional Legal Education and Citizen Education, 25 J. Japanese Institute of Int'l Bus. Law 1181 (1997) (in Japanese, translation by Professor Koichi Miki).

Harmonization of Procedural Law, 44 J. Of Civil Procedure 70 (Japanese Ass'n of the Law of Civil Procedure) (translated into Japanese by Professor Koichi Miki).

Non-Silences of Professor Hazard on "The Silences of the Restatement": A Response to Professor Menkel-Meadow," 10 Georgetown L. Legal Ethics 1997).

Per L'Indipendenza Professionale Dell'Avvocatura, 1997 Rivista Trimestrale di Diritto e Procedura Civile 407.

Discovery and the Role of the Judge in Civil Law Jurisdictions, 73 Notre Dame L. Rev. 1017 (1998).

The American Law Institute is Alive and Well, 26 Hofstra L. Rev. 661 (1998).

From Whom No Secrets are Hid, 76 Texas L.Rev. 1665 (1998).

The Duty or Option of Silence, 23 Law & Social Inquiry 139 (1998).

Reflections on Self-Study [of the American Law Institute], 23 Law & Social Inquiry 641 (1998).

The County Courthouse No Longer Looms Over the Community, 51 SMU L. Rev. 1559 (1998).

Foreward, Symposium, The Legal Profession: The Impact of law and Legal Theory, 67 Fordham L. Rev. 239 (1998).

Substance, Procedure and Practice in Comparative Law, in T. Shiibashi, ed., Toward Comparative Law in the 21st Century (Chuo Univ. Press 1998).

Preliminary Draft of the ALI Transnational Rules of Civil Procedure, 33 Texas Int'l L.J. 489 (1998)

An Historical Analysis of the Binding Effect of Class Suits, 146 U. Penna L. Rev. 1849 (1998) (with John L. Gedid and Stephen Sowle)

The Underlying Causes of Withdrawal and Expulsion of Partners from Law Firms, 55 Washington and Lee Rev. 1073 (1998)