page 16
Geoffrey C. Hazard, Jr.

Individual Justice in a Bureaucratic World, 7 Tulane J. of Int'l and Comparative Law 73 (1999)

From Whom No Secrets are Hid [Segretezza e Ricerca della verita nel Processo Civile], Rivista Trimestrale di Diritto e Procedura Civile,
Anno LIII Fasc. 2 - 1999

Responsibility, Professional and Otherwise, 31 Connecticut L. Rev 1139 (1999)

Regulation of Banking in the United States, in F. Riolo and D. Maschiandaro, Il Governe delle Banche in Italia (Fondazione Rosselli, Rome 1999).

Abuse of Procedural Rights: A Summary View of the Common Law Systems, and Abuse of Procedural Rights: Regional Report for the United States, in M. Taruffo, ed. Abuse of Procedural Rights: Comparative Standards of Procedural Fairness(1999).

Under Shelter of Confidentiality, 50 Case Western Law Rev. 1 (1999).

Tribute to Harvey Perlman, 78 Nebraska L.Rev. 744 (1999).

Litigio civil sin fronteras: armonizacion y unificacion del derecho procesal, Derecho PUC (Revista de la Facultad de Derecho del la Pontoficia Universidad Catolica del Peru), No. 52, 583 (Abril 1999)

The Futures Problem, 148 U.Penn.L.Rev. 1901 (2000).

Foreword: The Future of the Profession, 84 Minn.L.Rev. 1083 (2000).

The Future of the Legal Profession, in American Bar Ass'n, Common Law, Common Values, Common Rights, 357-363 (2000).

Globalization, National States, and the Rule of Law, in Jose Ciprut, ed., Of Fears and Foes: Security and Insecurity in an Evolving Global Political Economy (2000).

                                        page  17
                              Geoffrey C. Hazard, Jr.


Law Practice and the Limits of Moral Philosophy, in Deborah Rhode,
ed., Ethics in Practice (2000).

Tribute in Memory of Herbert Wechsler, 100 Columbia L. Rev. 1362
(2000).

Changing Structure in the Practice of Law, 62 Louisiana L.Rev.167
(2000).

Equality and Affiliation as Bases for Ethical Responsibility, 61
Louisiana L.Rev.173 (2000).

Environmental Contracts in the United States (with Eric Orts), in
E. Orts and K. Dekelelaere, Environmental Contracts: Comparative
Approaches to Regulatory Innovation in the United States and
Europe (Kluwer 2001)

Transnational Rules of Civil Procedure: A Challenge to Judges and
Lawyers, 68 Estratto Studi Urbinati, Nuova Serie A-N. 51,3 247
(1999/2000)

Introduction to the Principles and Rules of Transnational Civil
Procedure, 33 N.Y.U. J. of International Law and Politics 769
(with M. Taruffo. R. Sturner and A. Gidi (2001)

Conflicts of Interest in Representation of Public Agencies in
Civil Matters, 9 Widener J. Public Law 211 (2000).

Globalization, National States and the Rule of Law, in J. Ciprut,
ed., Of Fears and Foes: Security and Insecurity in an Evolving
Global Political Economy at 209 (2001)

Whistleblowing is a Non-issue, Legal Intelligencer (of
Philadelphia), Feb. 25, 2002, p. 9.

Law and Justice in the Twenty-First Century, 70 Fordham L. Rev.
1739 (2002)

Fundamentals of Civil Procedure, 6 Uniform Law Review 753 (Revue
de Droit Uniforme) (2001-4)

page   18
Geoffrey C. Hazard, Jr.

Class Certification Based on Merits of the Claims, 69 Tennessee L. Rev. 1 (2001)

The Changing Professional Environment and the Ideal of General Practice, 30 Hofstra Law Review 759 (2002).

A Short Historical Sketch of the Legal Profession, ZZPInt (Zeitschrift fur Zivilprozess International) 6 Band 2001, 205-238 (with Angelo Dondi)

**Principios fundamentales del Proceso Civil Transnacional, 54 Derecho PUC 253 (Revista de la Facultad de Derecho de la Pontificia Universdad Catolica del Peru)(2001)(with M. Taruffo, R. Sturner and A. Gidi)**

Judicial Redress for Historical Crimes: Procedure, 5 International Law FORUM 36  (2003)

Seeking Justice, Preserving Liberty, 54 Hastings L.J. 695 (2003)

Modeling Class Counsel, 81 Nebraska L. Rev. 1397 (2003)

International Civil Procedure and Transnational Civil Procedure: The Impact of Regional Economic Integration-An Overview, 8 Uniform Law Review 437 (2003-1/2)

The Role of the Bar in Politicized Judicial Elections, 39 Willamette L. Rev. 1349 (2003).

Lawyer as Wise Counselor, Loyola Law Rev. 215 (2003)

The Future of the Legal Profession, in American Bar Association, Common Law, Common Values, Common Rights 357-365 (2000).


NEWSPAPER ARTICLES

"When There are Conflicts Over Conflicts," 10 Nat'l L.J. 6
     (10/19/87).

page   19
Geoffrey C. Hazard, Jr.

"Realities of Referral Fees Here to Stay," 10 Nat'l L.J. 10
     (11/16/87).

"Good Old Days Not Always So Good for All," 10 Nat'l L.J. 14
     (12/14/87).

"Partners' Problems Also Yours," 10 Nat'l L.J. 19 (1/18/88).

"A Conflict Isn't Always So Obvious," 10 Nat'l L.J. 23 (2/15/88).

"Depositions: Modern-Day Inquisition," 10 Nat'l L.J. 27
     (3/14/88).

"Can Lawyers Place Limits on Liability?" 10 Nat'l L.J. 31
     (4/11/88).

"Confidences Can Exist for a Client's Client," 10 Nat'l L.J. 35
     (5/9/88).

"Rule 1: Keep Your Client Well-Informed," 10 Nat'l L.J. 39
     (6/6/88).

"Instruction in Ethics Never Really Stops," 10 Nat'l L.J. 43
     (7/4/88).

"Disciplinary Process Needs Major Reform," 10 Nat'l L.J. 47
     (8/1/88).

"Close Watch Must be Kept for Conflicts," 11 Nat'l L.J. 3
     (9/26/88).

"Law's Both a Business and a Profession," 11 Nat'l L.J. 7
     (10/24/88).

"Ex Parte Talk Isn't Always Plainly Wrong," 11 Nat'l L.J. 11
     (11/21/88).

"Male Culture Still Dominates the Profession," 11 Nat'l L.J. 15
     (12/19/88).

page  19
Geoffrey C. Hazard, Jr.

"Realities of Referral Fees Here to Stay," 10 Nat'l L.J. 10
    (11/16/87).

"Good Old Days Not Always So Good for All," 10 Nat'l L.J. 14
    (12/14/87).

"Partners' Problems Also Yours," 10 Nat'l L.J. 19 (1/18/88).

"A Conflict Isn't Always So Obvious," 10 Nat'l L.J. 23 (2/15/88).

"Depositions: Modern-Day Inquisition," 10 Nat'l L.J. 27
    (3/14/88).

"Can Lawyers Place Limits on Liability?" 10 Nat'l L.J. 31
    (4/11/88).

"Confidences Can Exist for a Client's Client," 10 Nat'l L.J. 35
    (5/9/88).

"Rule 1: Keep Your Client Well-Informed," 10 Nat'l L.J. 39
    (6/6/88).

"Instruction in Ethics Never Really Stops," 10 Nat'l L.J. 43
    (7/4/88).

"Disciplinary Process Needs Major Reform," 10 Nat'l L.J. 47
    (8/1/88).

"Close Watch Must be Kept for Conflicts," 11 Nat'l L.J. 3
    (9/26/88).

"Law's Both a Business and a Profession," 11 Nat'l L.J. 7
    (10/24/88).

"Ex Parte Talk Isn't Always Plainly Wrong," 11 Nat'l L.J. 11
    (11/21/88).

"Male Culture Still Dominates the Profession," 11 Nat'l L.J. 15
    (12/19/88).

page   20
Geoffrey C. Hazard, Jr.

"Is It Smart To Sit on a Client's Board," 11 Nat'l L.J. 20
      (1/23/89).

"Firm Culture Sets The Tone on Behavior," 11 Nat'l L.J. 24
      (2/20/89).

"How to Get or Keep a Client," 11 Nat'l L.J. 28
      (3/20/89).

"Change Rules to `Civilize' The Profession," 11 Nat'l L.J. 32
      (4/17/89).

"Contacts With the Opponent," 11 Nat'l L.J. 36
      (5/15/89).

"When Lawyers Need Lawyers -- A Primer," 11 Nat'l L.J. 40
      (6/12/89).

"Disciplinary Strategies Can Pay Off," 11 Nat'l L.J. 44
      (7/10/89).

"Preliminary Discussion with Clients," 12 Nat'l L.J. 4   (10/2/89).

"Checking for Conflicts," 12 Nat'l L.J. 8 (10/30/89).

"Teamwork is a Lost Art in Law Firms," 12 Nat'l L.J. 12
      (11/27/89).

"Can Accused Contact the Prosecutor?," 12 Nat'l L.J. 16
      (12/25/89).

"'Borrowing' Client Funds is Defalcation," 19 Nat'l L.J. 21
      (1/29/90).

"Civility Code May Lead to Less Civility," 12 Nat'l L.J. 25
      (2/26/90).

"Squeal Rule, Considered for Change"   12 Nat'l L.J. 29
      (3/26/90).

"Grievance Machinery Grievances,"   12 Nat'l L.J. 33 (4/23/90).

page  21
Geoffrey C. Hazard, Jr.

"Fast Lane for Dispute Resolution,"  12 Nat'l L.J. 37 (5/21/90).

"Transactional Lawyers as Gate Keepers," 12 Nat'l L.J. 42
      (6/25/90).

"Breaking Up With Clients is Hard to Do," 12 Nat'l L.J. 46
      (7/23/90).

"Conflicts are Often Key in Malpractice," 13 Nat'l L.J. 1
      (9/10/90).

"Ethics:  The Ongoing Battle Over Client Rights," 13 Nat'l L.J. 5
      (10/8/90).

"Ethics--A Crumbling Judicial Base Hurts the Bar," 13 Nat'l L.J.
      11 (11/19/90).

"How to Cut the Cost of Malpractice," 13 Nat'l L.J. 13
      (12/17/90).

"Drawing the Distinctions on Discipline," 13 Nat'l L.J. 13
      (1/21/91).

"Tough Times Bring Out the 'Flunk Curve,'" 13 Nat'l L.J. 24
      (2/18/91).

"ABA Rethinks Misguided Restrictions," 13 Nat'l L.J. 28 (3/13/91).

"Lawyer-Client Sex Relations are Taboo," 13 Nat'l L.J. 32
      (4/15/91).

"The Prospect of Rule 11 Gives Pause," 13 Nat'l L.J. 36 (5/13/91).

"Are Lawyers to Blame For Litigation," 13 Nat'l L.J. 40 (6/10/91).

"Disciplinary Report is Only a Start," 13 Nat'l L.J. 44 (7/18/91).

"Efforts at Betterment Worthwhile," 13 Nat'l L.J. 48 (8/5/91).

"Legal Staff Should Learn Principles," 13 Nat'l L.J. 52 (9/9/91).

page   22
Geoffrey C. Hazard, Jr.

"Law Schools Must Teach Legal Ethics," 14 Nat'l L.J. 5  (10/7/91).

"Reminder:  Harassment is Pervasive," 14 Nat'l L.J. 11
      (11/18/91).

"Bush Report Not All That Controversial," 14 Nat'l L.J. 15
      (12/16/91).

"Schatz Ruling Errs on Legal, Moral Basis," 14 Nat'l L.J., 20
      (1/20/92).

"Concept of Billables Leads to Corruption," 14 Nat'l L.J. 24
      (2/17/92).

"The European Community's Ethics Code Bears a Family Resemblance
      to Earlier ABA Codes," 14 Nat'l L.J. 30 (3/20/92).

"Uncertainty Subjects Lawyers to Jeopardy of the Kind to which
      Kaye Scholer was Exposed," 14 Nat'l L.J. 34 (4/27/92).

"The Base-line Rule is that a Lawyer May Not Help a Client Commit
      Fraud," 14 Nat'l L.J. 40 (6/8/92).

"Lawyer Discipline, While Improved, Still Leaves Much to be
      Desired," 14 Nat'l L.J. 44 (7/6/92).

"Lawyers Have Not Had a General Duty to Protect Third Parties
      From the Bad Acts of a Client," 14 Nat'l L.J. 48 (8/3/92).

"A Lawyer's Life is No Bed of Roses, but for Many it Beats the
      Alternatives," 15 Nat'l L.J. 2 (9/14/92).

"A Report Challenges the Profession's Traditional Attitudes
      Toward Education and Training," 15 Nat'l L.J. 6 (10/12/92).

"Does the Profession Still Have Enough Common Identity to
      Organize a Program of Professional Development," 15 Nat'l
      L.J. 10 (11/9/92).

"Standard for Informed Consent and Conflicts of Interest," 15

page  23
Geoffrey C. Hazard, Jr.

Nat'l L.J. 14 (12/7/92).

"ADR Takes Many Forms, and One Should be Old-Fashioned, Wise
     Counsel," 15 Nat'l L.J. 25 (2/22/93).

"Reconsidering the Traditional Idealization of Independent
     Practice," 15 Nat'l L.J. 29 (3/22/93).

"Problems in the Legal Profession Should Not be Examined
     Superficially," 15 Nat'l L.J. 33 (4/19/93).

"An Ethics Commission Report that Could be Needed Elsewhere," 15
     Nat'l L.J. 37 (5/17/93).

"Conflict of Interest Rules for Government Attorneys," 15 Nat'l
     L.J. 41 (6/14/93).

"As Advocate and as Counselor the Lawyers Function is to Provide
     Independent Professional Judgement," 15 Nat'l L.J. 45
     (7/12/93).

"Ethics for Matrimonial Lawyers is Model for all   Practice," 15
     Nat'l L.J. 49 (8/9/93).

"Taking Depositions Can Take an Abusive Turn," 16 Nat'l L.J. 49
(10/4/93).

"A New Rule for Auditing Law Firm Accounting Records Stirs
     Debate," 16 Nat'l L.J. 49 (11/15/93).

"New Jersey's New Judiciary Code of Conduct Ought to be a
     National Model," 16 Nat'l L.J. 15 (2/13/94).

"Job Security v. Ethical Decisions," 16 Nat'l L.J. 18 (1/17/94).

"Improving Legal Health Care," 16 Nat'l L.J. 24 (2/14/94).

"Liability Coverage May Become Impossible to Obtain Under
     Traditional Procedures" Nat'l L.J. 28(3/14/94).

"Discipline By Numbers," 16 Nat'l L.J. A21 (4/11/94).

Geoffrey C. Hazard, Jr.

"How Firms Avoid Risk," 16 Nat'l L.J. A21 (5/9/94).

"Lessons From Toyota," 16 Nat'l L.J. A19(8/1/94).

"Certification Can Boost Right Conduct," 16 Nat'l L.J. A21
    (8/29/94).

"Overworked, Hating It," 17 Nat'l L.J. A21 (9/26/94).

"The Issue of Firm Size," 17 Nat'l L.J. A21 (10/24/94).

"Size Creates Tension," 17 Nat'l L.J. A21 (11/21/94).

"Refresher on Conflicts," 17 Nat'l L.J. A21 (12/19/94).

"The Rules of Conflicts," Nat'l L.J. (1/23/95).

"All Value Isn't Billable," Nat'l L.J. (2/20/95).

"Uniform Discrepancies," Nat'l L.J. (3/20/95).

"Taking French Lessons," Nat'l L.J. (4/17/95).

"When Duty is Owed to Non-Clients," Nat'l L.J. (5/15/95).

"He Says, She Thinks," Nat'l L.J. (6/12/95).

"Treating Prosecutors-Turned-Defense as Turncoats," Nat'l L.J.
    (7/17/95).

"The Face of Adversity," Nat'l L.J. (9/18/95).

"It's Unfair but Practical," Nat'l L.J. (10/02/95).

"ABA Eyes Hardball Play," Nat'l L.J. (10/30/95).

"State by State of CLE," Nat'l L.J. (11/27//95).

"The Would-Be Client I," Nat'l L.J. (1/15/96).

"The Would-Be Client II," Nat'l L.J. (1/29/96).

"Firm's Muddy Mission," Nat'l L.J. (2/26/96).

"One Role Too Many," Nat'l L.J. (3/25/96), p. A21.

"Defining Law Practice," Nat'l L.J. A23 (4/22/96).

"Whose is the Privilege ?," Nat'l L.J. (5/27/96).

"Aiding Duplicity," Nat'l L.J. (6/24/96).

"Tread Carefully Across State Lines," Nat'l L.J. (7/22/96).

"Don't Blame the Lawyers for Their Ubiquity," Nat'l L.J.
        (8/12/96).

"A Modest Proposal for Downtime," Nat'l L.J. (9/9/96).

"Ex Parte Gets Harder to Pin Down," Nat'l L.J. (10/96).

"More Musing on Rule 4.2: Bar vs. Justice Dept.," Nat'l L.J.
        (11/11/96).

"How Corporations Handle Rule 4.2," Nat'l L.J. (12/2/96).

"Brits Adopt U.S. Style Tort Litigation Methods," Nat'l N.J.
        (1/13/97).

"It Pays to be Alert About Unforeseen Conflicts," Nat'l L.J.
        (2/3/97).

" Small Firms' Careless, Slippery Slope Errors," Nat'l L.J.
        (3/20/97).

"CJRA Speeded Process but Didn't Cut Costs," Nat'l L.J. (4/7/97).

"Considering Law Practice in Japan?  Good Luck," Nat'l L.J.
        (6/30/97).

"Erecting a Wall to Prevent Conflicts of Interest," Nat'l L.J.
        (7/21/97).

page 26
Geoffrey C. Hazard, Jr.

"More Talk of Walls to Protect Confidentiality," Nat'l L.J.
(8/25/97).

"It's Time Law Schools Listen to the Profession," Nat'l L.J.
(9/22/97).

"Law School Studies as a Mirror of U.S. Society," Nat'l L.J.
(10/20/97).

"Revisiting Contingency Fees for Class Counsel," Nat'l L.J.
(11/24/97).

"Report on Profession's Ills Has a Feminine Feel," Nat'l L.J.
(12/15/97).

"Compulsory Bar Dues and Politics Don't Mix," Nat'l L.J.
(1/19/98).

"Back Then, Interested Parties Couldn't Testify," Nat'l L.J.
(3/2/1998).

"Should Law Schools Include an Apprenticeship?" Nat'l L.J.
(3/23/98).

"Patterns in Disciplinary Violations Mark Change" Nat'l L.J.
(4/13/98).

"Tobacco Lawyers Shame the Entire Profession," Nat'l L.J.
(5/18/98).

"Japan's Legal Profession Slowly Accepts Change," Nat'l L.J.
(6/15/98).

"Government Tactics Create Lawyer Conflicts," Nat'l L.J.
(7/13/98).

"Profession Still Isn't Comfortable With Diversity," Nat'l L.J.
(8/3/98).

"Making Rules is Easy; Making Them Clear is Not" Nat'l L.J.

page  27
Geoffrey C. Hazard, Jr.

(9/14/98).

"The Ethical Traps of Accounting Firm Lawyers," Nat'l L.J.
    (10/19/98).

"Accountants vs. Lawyers:  Let's Consider the Facts"  Nat'l L.J.
    (11/9/98).

"Lawyers and Accountants Must Make it Work," Nat'l L.J.
    (1/11/99).

"Ethics Crossfire: Two Legal Titans Square Off," Nat'l L.J.
    (2/1/99).

"Bill Clinton is Not Quite Out of the Woods Yet," Nat'l L.J.
    (3/8/99).

"How Come We're Happy?" Nat'l L.J. (4/26/99).

"Interstate Practice Danger," N.L.J. (6/14/99).

"Perils of Delayed Billing," Nat'l L.J. (7/19/99).

"The Law of Lawyering," Nat'l L.J. (9/13/99).

"Changing Face of Privilege," Nat'l L. J. (10/18/99).

"Bar's MDP Moves Risky," Nat'l L.J. (12/13/99).

"MDPs: No Real Revolution," Nat'l L.J. (1/17/00).

"Lawyers: Local or Federal?", N.L.J. (3/6/00).

"Lawyers, not Private Eyes,"  N.L.J. (4/10/00).

"A Legion of Judge Judys," N.L.J (5/29/00).

"Achieving a Compromise," N.L.J. (6/26/00).

"One Lawyer 'taints' Many," N.L.J. (8/31/00).

"RAND Reviews Class Suits," N.L.J. (10/16/00).

page  28
Geoffrey C. Hazard, Jr.

"ABA Spring-Cleans Rules," N.L.J. (1/29/01).

"Lawyer as Whistleblower," N.L.J. (1/28/01).

"Illinois Sets an Example," N.L.J. (6/11/01).