UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ZIMMERMAN<br>Plaintiff | CIVIL ACTION NUMBER<br>3:02 cv 0181 (AVC) |
| VS. | |
| GARY COHEN<br>Defendant | FEBRUARY 10, 2005 |

## DEFENDANT'S MOTION IN LIMINE
## TO PRECLUDE CERTAIN EVIDENCE

Pursuant to Federal Rules of Evidence 401, 402 and 403, defendant, Gary Cohen, Esq., moves this Court to exclude the plaintiff from introducing any testimony or evidence concerning his allegations of legal malpractice and alleged resulting injuries. The plaintiff cannot sustain his claim of legal malpractice against Attorney Cohen because he cannot prove the essential elements of such a claim with the proper expert testimony. Because the plaintiff's legal malpractice claim is not viable, any evidence or testimony concerning it is irrelevant and non-probative. Moreover, evidence or testimony concerning the non-viable legal malpractice claim is not necessary to determining the outcome of the plaintiff's other claims. It is within the Court's discretion to exclude such irrelevant evidence to avoid unfair prejudice and confusing the jury.

For the above reasons, and as more fully discussed in the accompanying memorandum of law, Attorney Cohen respectfully requests that his motion be granted.

388424
35604.1

        Respectfully submitted,
        DEFENDANT,
        GARY COHEN

By: /s/ *[signature]*
    KATHERINE C. CALLAHAN, ESQ.
    Federal Bar Number ct06126
    BENJAMIN J. BERGER, ESQ.
    Federal Bar Number ct25555
    Updike, Kelly & Spellacy, P.C.
    One State Street
    P.O. Box 231277
    Hartford, CT 06123-1277
    Tel.: (860) 548-2600
    Fax: (860) 548-2680
    kccallahan@uks.com
    bberger@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was telefax and mailed, via U.S. mails, postage prepaid, this 10th day of February, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

By: _____
BENJAMIN J. BERGER, ESQ.
Updike, Kelly & Spellacy, P.C.