UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | NO.: 3:02 CV0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | February 18, 2005 |
| *Defendant* | | |

### MOTION TO PRECLUDE TESTIMONY OF DOUGLAS A. JOSEPH

The Plaintiff, Gary Cohen hereby moves to preclude the testimony of the disclosed expert witness, Douglas A. Joseph. Mr. Joseph is a Certified public Accountant and has been disclosed to testify to what tax benefit would have been derived by Zimmerman Properties, Inc. or its shareholders in paying the legal fees for services rendered to Zimmerman Properties, Inc. The proposed testimony of Mr. Joseph is based on the assumption that legal services were provided to Zimmerman Properties, Inc. There is no evidence that such <u>legal services</u> were provided. Mr. Joseph is <u>not</u> qualified to testify as to the standard of care applicable to attorneys practicing in the State of Connecticut. Whether a deduction can or cannot be taken is a legal conclusion, not the subject of expert opinion testimony. The testimony of Mr. Joseph will be confusing to the jury and will not aid the trier of fact in the determination of this matter.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, the Plaintiff moves to preclude the testimony of the Defendant's expert, Douglas A. Joseph.

>THE PLAINTIFF,
>GARY ZIMMERMAN
>
>BY: S/ _____
>Kenneth A. Votre
>Votre & Rini, P.C.
>201 Orange Street
>New Haven, CT 06510
>Tel.: 203.498.0065
>Fax.: 203.821.3595
>Federal Bar No. (ct05981)

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the __ day of February, 2005, to the following counsel of record:

Katherine C. Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

                                                          S/
                                        _____
                                        Kenneth A. Votre, Esq.