## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN *Plaintiff* | : : : | NO.: 3:02 CV0181 (AVC) |
| VS. | : : | |
| GARY COHEN *Defendant* | : | February 18, 2005 |

## AMENDED TRIAL MEMORANDUM

Pursuant to the courts' ruling on the Plaintiff's Motion for Consideration, the Plaintiff hereby moves to amend the Joint Trial Memorandum in the above entitled case. The court's ruling on the Motion to Reconsider overturned the court's ruling which granted the Defendant's Motion for Summary Judgment on the Plaintiff's claim of violations under the Connecticut Unfair Trade Practices Act. Pursuant to this ruling, the Plaintiff moves to amend the Joint Trial Memorandum to disclose the following exhibits.

1. Mr. Zimmerman's Retainer Agreement with Votre & Associates

2. Votre & Associates Hourly Billing Records.

                              THE PLAINTIFF,
                              GARY ZIMMERMAN

                              S/
BY:_____
                              Kenneth A. Votre
                              Votre & Rini, P.C.
                              201 Orange Street
                              New Haven, CT 06510
                              Tel.: 203.498.0065
                              Fax.: 203.821.3595
                              Federal Bar No. (ct05981)

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the __ day of February, 2005, to the following counsel of record:

Katherine C. Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

                              S/
                           _____
                           Kenneth A. Votre, Esq.