UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | No.:302 CV 0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | |
| *Defendant.* | : | February 22, 2005 |

## MOTION FOR RECONSIDERATION

The Plaintiff, Gary Zimmerman, respectfully moves the court for reconsideration of its ruling granting the Defendant's Motion for Summary Judgment as to Counts 4, 5 and 7 of the Plaintiff's Complaint. In support of this motion, the Plaintiff submits the following:

1. Memorandum of Law in Support of Motion For Reconsideration;

2. Affidavit of Gary Zimmerman in Support of Motion for Reconsideration; and

3. Amended Rule 56 Statement of Fact in Opposition to Motion for Summary Judgment.

          THE PLAINTIFF
          GARY ZIMMERMAN


          By:_____
          Kenneth A. Votre, Esq. (ct05981)
          Votre & Rini, P.C.
          201 Orange Street
          New Haven, CT 06510
          Tel:  (203) 498-0065
          Fax:  (203) 821-3595

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 8th day of November, 2004, to the following counsel of record:

Benjamin Berger, Esq.
Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

_____
Kenneth A. Votre, Esq.