UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | NO.: 3:02 CV0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | February 22, 2005 |
| *Defendant* | | |

## SUPPLEMENTAL REQUEST TO CHARGE

The plaintiff respectfully requests that the following jury charge be entered:

1. The plaintiff has alleged that he signed the Marital Separation Agreement because of undue influence, and under defendant, Gary Cohen's threat to withdraw form the case. If you find that the Defendant threatened to withdraw from Gary Zimmerman's case and that Gary Zimmerman entered into the Marital Settlement Agreement because of this threat, then the Marital Settlement Agreement is voidable. Updike, Kelly & Spellacy, P.C. v. Beckett, et al., 269 Conn. 613, 653 (2004). "It has been recognized that contracts signed under an attorney's threat to withdraw from the case are voidable because of undue influence and the relatively helpless situation of the client, who would often be forced into the often impractical alternative of starting all

over again with another attorney who is unfamiliar with the case." See, Updike at 653. (Internal quotations excluded).

                              THE PLAINTIFF,
                              GARY ZIMMERMAN

                              S/
BY:_____
                              Kenneth A. Votre
                              Votre & Rini, P.C.
                              201 Orange Street
                              New Haven, CT 06510
                              Tel.: 203.498.0065
                              Fax.: 203.821.3595
                              Federal Bar No. (ct05981)

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the __ day of February, 2005, to the following counsel of record:

Katherine C. Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

_____
Kenneth A. Votre, Esq.