*[Handwritten marginalia: "C. mail 73", "02CV181MtNpre", date stamp "2/17/05", and along left margin: "February 17, 2005. Denied without prejudice to its reargument at trial. SO ORDERED." with signature notation "Alfred V. Covello/U.S.D.J."]*

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | NO.: 3:02 CV0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | February 16, 2005 |
| *Defendant* | | |

### MOTION TO PRECLUDE TESTIMONY OF DOUGLAS A. JOSEPH

The Plaintiff, Gary Cohen hereby moves to preclude the testimony of the disclosed expert witness, Douglas A. Joseph. Mr. Joseph is a Certified public Accountant and has been disclosed to testify to what tax benefit would have been derived by Zimmerman Properties, Inc. or its shareholders in paying the legal fees for services rendered to Zimmerman Properties, Inc. The proposed testimony of Mr. Joseph is based on the assumption that legal services were provided to Zimmerman Properties, Inc. There is no evidence that such <u>legal services</u> were provided. Mr. Joseph is <u>not</u> qualified to testify as to the standard of care applicable to attorneys practicing in the State of Connecticut. Whether a deduction can or cannot be taken is a legal conclusion, not the subject of expert opinion testimony. The testimony of Mr. Joseph will be confusing to the jury and will not aid the trier of fact in the determination of this matter.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

02CU181eND73