AO-187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CT**

United States District Court
District of Connecticut
FILED AT HARTFORD
2/24/05
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

Zimmerman
v.
Gary Cohen

**Defendant's** EXHIBIT AND WITNESS LIST

Case Number: 3:02cv181 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Kenneth Votre | Katherine Callahan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/17, 2/18 | Susan L. | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 2/18 | | | Gary Cohen - Sworn |
| | ✓ | 2/22 | | | Gary Cohen - Direct |
| | | " | | | Cross of Cohen - by Votre |
| | ✓ | 2/22 | | | Donald Cantor - Sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages