# UNITED STATES DISTRICT COURT

### DISTRICT OF CT

Zimmerman

United States District Court
District of Connecticut
FILED AT HARTFORD
2/26/05
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

v.

Cohen

Plaintiff

**EXHIBIT AND WITNESS LIST**

Case Number: 3:02CV181-AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | R. Volve | Katherine Callahan |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 2/17, 2/18 | Susan L | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/17 | ✓ | ✓ | Retainer Agreement |
| 2 | | 2/17 | ✓ | ✓ | Mediation - |
| 3 | | 2/17 | ✓ | ✓ | Settlement Agreement |
| 4 | | 2/17 | ✓ | ✓ | letter of 5/24/00 |
| 5 | | 2/17 | ✓ | ✓ | Tax Return Corp - 2003 |
| 6 | | 2/17 | ✓ | ✓ | Zimmerman Pretrial memo. |
| 7 | | 2/17 | ✓ | ✓ | Joan Zimmerman Mediation memo |
| 8 | | 2/17 | ✓ | ✓ | Wire Instruction |
| 9 | | 2/17 | ✓ | ✓ | 2001 Corp Return |
| 10 | | 2/17 | ✓ | ✓ | 2001 Personal Return |
| 11 | | 2/18 | ✓ | ✓ | Client Ledger of Zimmerman - by Cohen |
| | | 2/22 | | | Court Resumes |
| | | 2/22 | | | Plaintiff Rest |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages