# UNITED STATES DISTRICT COURT
## DISTRICT OF

United States District Court
District of C[onnecticut]
FILED AT H[AR]TFORD
2/24/05
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

Zimmerman
v.
Gary Cohen

Plaintiff Witness List

Case Number: 3:02 CV 181

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Kenneth Votre | Katherine Callahan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/17, 2/18 | Susan L | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/17 | | | Gary Zimmerman – Sworn |
| 1 | | " | — | — | ~~Retainer Agreement~~ |
| ✓ | | 2/18 | | | Geoffrey Hazard – Sworn |
| ✓ | | 2/18 | | | Linda Shafran – Sworn |
| ✓ | | 2/18 | | | Mary Ferrari – sworn |
| | | 2/22 | | | Court Resumes |
| ✓ | | " | | | Rod Crotty – Sworn |
| ✓ | | " | | | Andrew Eichner – Sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages