# UNITED STATES DISTRICT COURT

CT

Zimmerman

v.

Gary Cohen

*United States District Court, District of Connecticut, FILED AT HARTFORD 2/24/05, Kevin F. Rowe, Clerk, By ___ Deputy Clerk*

## EXHIBIT AND WITNESS LIST

Case Number: 3:02cv181 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Kenneth Votre | Katherine Callahan |
| TRIAL DATE(S) 2/17, 2/18 2005 | COURT REPORTER Susan L. | COURTROOM DEPUTY Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court 1 | | | | 2/24 | Question (note) from Jury |
| 2 | | | | 2/24 | Note - Verdict |
| 3 | | | | 2/25 | Affidavit |
| 4 | | | | 2/25 | Jury Charge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages