

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY ZIMMERMAN, :
  Plaintiff, :
   :
   :
  v. :  Civil No. 3:02CV181(AVC)
GARY COHEN, :
  Defendant. :

### VERDICT FORM

We the jury unanimously find as follows:

**I. Legal Malpractice**

    Has the plaintiff, Gary Zimmerman, proven by a preponderance of the evidence, that the defendant, Gary Cohen, engaged in legal malpractice?

    Yes_____   No__X__

**II. Breach of Contract**

    Has the plaintiff, Gary Zimmerman, proven by a preponderance of the evidence that the defendant, Gary Cohen, breach his contract with him?

    Yes__X__   No_____

**III. Breach of the Implied Covenant of Good Faith and Fair Dealing**

    Has the plaintiff, Gary Zimmerman, proven by a preponderance of the evidence that the defendant, Gary Cohen, breach the implied covenant of good faith and fair dealing?

    Yes__X__ No _____

IV  **Misrepresentation**

Has the plaintiff, Gary Zimmerman, proven by a preponderance of the evidence that the defendant, Gary Cohen, violated common law theories of misrepresentation?

Yes_____   No__X__

If you answered YES, which of the defendant's statements do you find were false statement(s) of fact? (Circle any that apply). You must be in unanimous agreement with respect to your finding that any of the statements indicated below are false. Also, please indicate whether you find liability under negligent misrepresentation, reckless misrepresentation, or intentional misrepresentation.

    a. that the jurisdictional basis of the plaintiff's divorce was flawed;

    b. that he would use the fact that there was a jurisdictional defect in the divorce to harm the plaintiff; and

    c. that the additional sums paid to the defendant and to attorney Grund were for "tax advice."

V.  **CUTPA**

Has the plaintiff, Gary Zimmerman, proven by a preponderance of the evidence, that the defendant, Gary Cohen, violated the Connecticut Unfair Trade Practices Act?

Yes_____   No__X__

VI.  **Compensatory Damages**

If you find the defendant liable to the plaintiff, insert a damages amount that you determine to be fair, just and reasonable to compensate the plaintiff. Please be advised that you may award only an amount of compensatory damages sufficient to make the plaintiff whole – even if you find liability under more than one claim. In other words, the plaintiff is not entitled to a double or triple recovery simply because he prevailed on more than one cause of action.

COMPENSATORY
DAMAGES.

$ *370,982.35*
*This includes excess retainer*

VII  **Nominal Damages**

If you find that the defendant violated the law but that the plaintiff did not suffer any injury, insert a nominal damages amount.

NOMINAL
DAMAGES.

$ *0*

VIII. **Punitive Damages**

If you found in connection with the CUTPA claim that the defendant acted with malice or reckless indifference to the plaintiff's rights, what amount of punitive damages do you find to be proper?

PUNITIVE
DAMAGES

$ *0*

You have now completed your deliberations. Please date and sign this form below.

3

Dated at Hartford, Connecticut this _24 TH_ day of February, 2005.

_____Christopher M Dasko_____
Foreperson