UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN,<br>    Plaintiff, | :<br>:<br>: | |
| v. | : | CASE NO. 3:02CV181(AVC) |
| GARY COHEN,<br>    Defendant, | :<br>:<br>: | |

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Alfred V. Covello, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff, GARY ZIMMERMAN, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff, GARY ZIMMERMAN on the claim of Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing. The defendant, GARY COHEN, shall pay to the plaintiff, GARY ZIMMERMAN, the jury award in the amount of $370,982.35 in compensatory damages.

Dated at Hartford, Connecticut, this 25th day of February 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk