# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN and<br>*Plaintiff* | : | NO.: 3:02 CV0181 (AVC) |
| VS. | : | |
| GARY COHEN<br>*Defendant.* | : | March 3, 2005 |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

The Defendant, Gary Cohen, moved for judgment as a matter of law in the above captioned case at the conclusion of the Plaintiff's case in chief. The Court reserved decision on this motion. On February 24, 2005 the jury returned a verdict in favor of the Plaintiff as to Count Two and Count Three of the Complaint.[1] Therefore, the Plaintiff, Gary Zimmerman only addresses those arguments raised by the Defendant that pertain to Counts Two and Three of the complaint.

A memorandum of law has been submitted in support of the Plaintiff's Objection to the Defendant's Motion for Judgment as a Matter of Law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

[1] The jury awarded over $370,000 in damages.

                    THE PLAINTIFF,
                    GARY ZIMMERMAN


BY:_____
     Kenneth A. Votre
     Votre & Rini, P.C.
     201 Orange Street
     New Haven, CT 06510
     Tel.: 203.498.0065
     Fax.: 203.821.3595
     Federal Bar # (05981)

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the ____ day of March, 2005, to the following counsel of record:

Katherine Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

_____
Kenneth A. Votre, Esq.