UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN and<br>*Plaintiff* | : | NO.: 3:02 CV0181 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN<br>*Defendant.* | : | April 6, 2005 |

## BILL OF COSTS

Pursuant to L.Civ.R. 54, the Plaintiff, Gary Zimmerman, hereby moves for the following costs to be taxed by the court following the jury verdict and judgment rendered in favor of the Plaintiff on February 24, 2005.

| | | | |
|---|---|---|---|
| 1. | Fees of the clerk and Marshal | | |
| A. | Filing Fee- Complaint | $150.00 | |
| B. | Marshal Fees- Service of Complaint | $103.80 (Exhibit A) | |
| C. | Subpoenas for Depositions | | |
| | Donald J. Cantor 2/19/04 | $ 137.80 (Exhibit B) | |
| | Douglas Joseph 2/27/04 | $104.05 (Exhibit C) | |
| | Douglas Joseph 2/27/04 | $36.20 (Exhibit D) | |
| | | **$531.85** | |

2. Fees of the Court Reporter

| | | |
|---|---|---|
| A. | Depositions of Joseph Cantor and Geoffrey Hazard | $543.31 |
| B. | Deposition of Gary Cohen | $568.90 |
| | Continued deposition of Gary Cohen | $372.59 |
| C. | Deposition of Mary Ferrari | $462.53 |
| D. | Deposition of Geoffrey Hazard | $327.20 |
| E. | Deposition of Gary Zimmerman | $531.59 |
| F. | Excerpt of trial transcript (2/18/05) | <u>$691.11</u> |
| | | **$3500.23** |

3. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case

| | | |
|---|---|---|
| A. | Enlargements of exhibits for trial | $899.87 |

4. Fees for Witnesses

A. Geoffrey Hazard

| | |
|---|---|
| Fees of Expert Witness | $13,750 |
| Hotel | $1,330.95 |
| Airfare (San Francisco to Hartford) | $1029.80 (Exhibit E) |

B. Mary Ferrari

| | |
|---|---|
| Fee of Expert Witness | $5,844 |
| C.     Linda Schafran | |
| Airfare (Chicago to Hartford) | $199.20 (Exhibit F) |
| Hotel (Goodwin Hotel) | $609.23 |
| Hotel (Crown Plaza) | $201.54 |
| D.     Rod Crotty | |
| Airfare (Chicago to Hartford) | $618.40 (Exhibit G) |
| Hotel (2 Nights x $209) | $418.00 |
| G.     Andrew Eichner | |
| Airfare (Chicago to Hartford) | $289.40 (Exhibit H) |
| Hotel | <u>$234.08</u> |
| | **$24,524.00** |

4.     Maps, Charts, Models, Photographs, Summaries, Computations and Statistical Summaries

Not Applicable

**TOTAL**                                              **$29,456.35**

THE PLAINTIFF,

BY: _____
Kenneth A. Votre
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel.: 203.498.0065
Fax.: 203.821.3595
Federal Bar # (05981)

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 6th day of April, 2005, to the following counsel of record:

Katherine Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

_____
Kenneth A. Votre, Esq.



### RETURN OF SERVICE

State of Connecticut

                      ss: New Fairfield           February 21, 2002

County of Fairfield


Then and there, by virtue hereof, of the original **Summons, Order on Pre-Trial Deadlines, and Complaint (Case Number: 302CV0181 AVC),**

I made service on the within named: **Gary Cohen,**

**on Tuesday, February 19, 2002,**

by leaving a true and attested copy of the Summons, Order on Pre-Trial Deadlines, and Complaint, with my doings thereon endorsed,

**with and in the hands of Gary Cohen, at 966 Lake Avenue, Greenwich, CT 06831-3032.**

One such copy was served to the within named defendant.

The within and foregoing is the original Summons, Order on Pre-Trial Deadlines, and Complaint, with my doings hereon endorsed.

| | | ATTEST: |
|---|---|---|
| Service.................... | $ 30.00 | *[signature]* |
| Travel...................... | $ 52.00 | Carl Sporkmann |
| Copies..................... | $ 21.00 | Deputy Sheriff, Fairfield County |
| Endorsements.......... | $   .80 | 25 Smoke Hill Drive |
| TOTAL | $103.80 | New Fairfield, CT 06812-2654 |

# ROBERT S. MILLER

**STATE MARSHAL NEW HAVEN COUNTY**

201 Orange Street
New Haven, CT 06510
PHONE: 203-787-4805
FAX: 203-782-2860
S.S. # 041.50.1514
EMAIL: RMILLER.STATEMARSHAL@SNET.NET

February 19, 2004

Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Attn: Kenneth A. Votre, Esq.

Re: Gary Zimmerman vs. Gary Cohen, Case # 302 CV 0181 (AVC)

Subpoena in a Civil Case- Donald J. Cantor, Esq.

**SERVICES RENDERED...........$137.80**

United States District Court
District of Connecticut

---

GARY ZIMMERMAN          )
    Plaintiff          )
               )
VS                   )      Case No. 302 CV 0181 (AVC)
                   )
GARY COHEN       )
    Defendant     )

State of Connecticut)
               )SS:  West Hartford          February 27, 2004
County of Hartford)

Then and by virtue hereof, I read the within Subpoena in the presence and hearing of the within named witness:

    **Douglas A. Joseph, CPA** at 29 South Main Street, West Hartford, CT.

And paid, tendered the fees allowed by law.

<u>Fees:</u>
| | |
|---|---:|
| Witness fee&tvl | 67.00 |
| Pages | 1.00 |
| End | .80 |
| Service | 30.00 |
| <u>Tvl 14mi</u> | <u>5.25</u> |
| Total | $104.05 |

<u>1</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SIMMERMAN )<br>    Plaintiff )<br>)<br>VS )<br>)<br>GARY COHEN )<br>    Defendant ) | Case No. 302 CV 0181 (AVC) |

State of Connecticut)
    ) West Hartford    February 27, 2004
County of Hartford)

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I left a true and attested copy of the within original Notice of Deposition, with and in the hands of **Douglas A. Joseph, CPA,** 29 South Main Street, West Hartford, CT.

The within is the original Notice of Deposition with my doings hereon endorsed.

Fees:
Pages    5.00
End    1.20
Svc    30.00
Tvl

Total    $36.20



# US AIRWAYS

**Thank you for choosing US Airways.**

Check out our great deals on hotels

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Requires check-in with UNITED AIRLINES
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. Save time and earn bonus miles every time. More at www.usairways.com/flightcheckin
- View recommended check-in times for your departure at www.usairways.com/travel/airport

**Confirmation Code (Record Locator): LXMYPR**

| | | |
|---|---|---|
| 9:20P Depart Chicago-O'Hare Int'l, IL (ORD) Feb 18 | US Airways 6742 operated by UNITED AIRLINES | Coach |
| 0:29A Arrive Hartford,CT/Springfield,MA (BDL) | | |

Ticket Information

| | | | | |
|---|---|---|---|---|
| SHAFRAN/LINDA | 0372176357666 | $175.81 | $23.39 | $199.20 |

USD$199.20 has been billed to: xxxxxxxxxxxxx4009 - Exp. 07/05

**Changes in Travel Plans**

- Penalties and additional charges may apply
- Tickets are non transferable and valid for one year from date of ticket issuance
- To retain the value of a non-refundable ticket, flights must be cancelled on/before the ticketed travel date
- Ticket changes may be made online
- For additional information please view US Airways Terms of Transportation

**Documentation for International Travel**

- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place. Passengers are responsible for compliance with all government travel requirements. View specific documentation requirements on the U.S. Department of State Website: www.travel.state.gov/travel_warnings.html.
- Note: U.S. Department of State information pertains to U.S. citizens only.

Discount Emails: Subscribe to E-Savers, which offers dramatic discounts for last minute travel each week and other low fare promotions being offered by US Airways. http://www.usairways.com/pro/esavers/enroll/index.htm

Please do not reply to this e-mail, as it cannot be answered from this address.

US Airways Visa Signature Card

## Walker Armstrong

**From:** Walker Armstrong [walkerarmstrong@earthlink.net]
**Sent:** Friday, February 18, 2005 10:22 AM
**To:** 'Rod Crotty'
**Subject:** FW: America West Receipt

Flight info for CT Trial

Walker Armstrong
Zimmerman Properties

**From:** AWA Reservations [mailto:awa.reservations@americawest.com]
**Sent:** Tuesday, February 15, 2005 11:57 AM
**To:** walkerarmstrong@earthlink.net
**Subject:** America West Receipt



### Confirmation - VKR5TW

Thank you for flying America West. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-2FLY-AWA.

**Confirmation** VKR5TW
**Date Issued** 02/15/05 at 12:41 PM
**Form of Payment** American Express xxxxxxxxxxxx4009
**Grand Total** $518.40



### Travel Cancellation/Interruption Protection

Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

### Passenger Information

Party of 1    Frequent Flyer #    Ticket #
CROTTY/ROD                        40121649680221

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 04:09 PM Mon, Feb 21 | 418 | PHX/PHOENIX, AZ Airbus A320 | BDL/WINDSOR LOCKS, CT | 10:47 PM Mon, Feb 21 | Class Coach |
| Seat Assignments: 24C | | | | | |
| 07:00 AM Wed, Feb 23 | 417 | BDL/WINDSOR LOCKS, CT Airbus A320 | PHX/PHOENIX, AZ | 10:39 AM Wed, Feb 23 | Class Coach |
| Seat Assignments: 8E | | | | | |

1 Passenger(s)
Fare                                     $556.28
Taxes & Fees                              $62.12



Airport Time
- Web Check-In
- QIKCHECK-IN
- Baggage Policies

4/6/2005

**Grand Total**                                              **$618.40**

- International Travel

**Quick Links**
- Air Reservation
- Car Reservation
- Hotel Reservation
- Travel Protection

**Terms and Conditions**
- Ticket is non-transferable
- Ticket expires one year from date of issue
- Ticket is refundable. Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available fare at the time of change, which may result in a fare increase.

**Frequent Flyer**
- My Account
- Partners
- Promotions
- Enroll in FlightFund

**Travel Tips**
- Your electronic ticket has been issued. Neither a paper ticket nor receipt will be sent by U.S. Mail. An electronic receipt has been sent to the e-mail address provided. Please print this itinerary and bring it to the airport when you check-in.
- Enhanced security regulations now require all passengers to have their boarding pass prior to reaching the security checkpoint. Please ensure that you arrive at the airport at the recommended check-in time and receive your boarding pass.
- For a complete list of travel tips, please visit our Travel Tips page.
- Please review our baggage and carry-on policies before departing for the airport.
- For customers traveling to Canada, Costa Rica or Mexico please review our International Travel Advisements for information regarding required documentation and baggage limitations.
- Please cancel your reservation if there is a change in your travel plans. Failure to cancel a confirmed booking will result in the automatic cancellation of your entire itinerary.
- Bypass the ticket counter- use Web Check-in. Check-in and print your boarding passes online as early as 24 hours and up to 90 minutes prior to your scheduled departure time- even if you're checking bags. You can also upgrade to first class and change your seat assignment (s). Learn more.

**Rules of Carriage**
To view, download or print the full document, visit the Contract of Carriage page.

4/6/2005

*Eichner travel info* (handwritten)

**Leda Johnson**

**From:** travel@expedia.com
**To:** ljohnson@votrerini-law.com
**Subject:** Expedia travel confirmation - Hartford, CT - Feb 21, 2005 - (Itin# 112041185448)

## Travel Confirmation

Thank you for booking your trip with Expedia.com. View this itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

**Need a hotel or a car or an activity or service in Hartford? Here are some options we've found for you.**
- Connecticut Grand Hotel $65.55 per night
- Radisson Hotel Springfield $75.00 per night
- Hartford Marriott Farmington $169.00 per night
- Car Rental - Economy  Midsize  Full Size
- Activities & Services - Sightseeing  Dining options  Ground transportation  Attraction passes

- Search for more hotels
- Search for more cars
- Search for more activities & services
- Receive Expedia.com newsletters

### Flight: Chicago to Hartford

**E-Ticket purchase has been confirmed by the airline.** No tickets will be mailed. **Airline check-in locations** require government issued photo ID and may request proof of current date travel (such as a printed copy of this itinerary or a printed receipt) to issue a boarding pass. **Airport security checkpoints** may require you to display both your boarding pass and photo ID before proceeding to the gate, so we recommend that you obtain your boarding pass before proceeding to the security checkpoint.

Expedia.com itinerary number: **112041185448**
Expedia.com booking ID: **LXWIEI (1)**

**Main contact:** Andrew Eichner
**E-mail:** ljohnson@votrerini-law.com
**Home phone:** (312) 782-3456

### Traveler and cost summary

| | | | |
|---|---|---|---|
| **Andrew Eichner** | Adult | Add Frequent Flyer number(s) | $245.58 |
| | | Taxes & Fees | $38.82 |
| | | Booking Fee | $5.00 |
| | | **Total (American Express)** | **$289.40** |

Request seat changes   Print a receipt

### Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments and meal preferences must be confirmed with the airline; we cannot guarantee that they will be honored.

**Mon 21-Feb-05**

| | | | |
|---|---|---|---|
| **Chicago** (ORD) | to **Hartford** (BDL) | 780 mile(s) | **American Airlines** |
| Depart 5:42 pm | Arrive 8:45 pm | (1255 km) | Flight: **602** |
| Terminal 3 | | Duration: 2hr 3mn | |

Economy/Coach Class, Dinner, MDC MD80, 50% on time

Total distance: 780 mile(s) (1255 km)                                    Total duration: 2hr 3mn

**Tue 22-Feb-05**

| | | | |
|---|---|---|---|
| **Hartford** (BDL) | to **Chicago** (ORD) | 780 mile(s) | **American Airlines** |
| Depart 5:56 pm | Arrive 7:35 pm | (1255 km) | Flight: **1631** |
| | Terminal 3 | Duration: 2hr 39mn | |

Economy/Coach Class, Dinner, MDC MD80, 40% on time

Total distance: 780 mile(s) (1255 km)                                    Total duration: 2hr 39mn

2/14/2005

### Airline rules & regulations

- Ticket is nonrefundable. A fee of $100.00 will be charged for itinerary changes after the ticket is issued.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online.
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

## What else can we help you with?

### Save on hotels in Hartford



- Connecticut Grand Hotel
  From **$65.55** per night
- Radisson Hotel Springfield
  From **$75.00** per night
- Hartford Marriott Farmington
  From **$169.00** per night

→ Search for more hotels

### Save on cars in Hartford



At the airport:
- Economy
- Midsize
- Full Size

→ Search for more cars

### Save on Activities & Services in Hartford



- Sightseeing
- Dining options
- Ground transportation
- Attraction passes

→ Search for more activities & services

Receive Expedia.com **newsletters**

## Customer Support

**Itinerary number: 112041185448**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.com at **1-800-EXPEDIA** or **1-404-728-8787** and have the itinerary number ready.

Thank you for choosing Expedia.com

Don't Just Travel. Travel Right. http://www.expedia.com

2/14/2005