UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN<br>Plaintiff | : | CIVIL ACTION NUMBER<br>3:02 cv 0181 (AVC) |
| VS. | : | |
| GARY COHEN<br>Defendant | : | APRIL 13, 2005 |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S BILL OF COSTS**

Pursuant to L.Civ.R. 54(b), defendant Gary Cohen, Esq. ("defendant"), hereby objects to plaintiff's Bill of Costs dated April 6, 2005. More specifically, the defendant objects to the following items on plaintiff's Bill of Costs:

I.  **DOCUMENTS**

    2.  "Fees of the Court Reporter"

        F.  "Excerpt of trial transcript" (2/18/05)           $691.11

Pursuant to L.Civ.R. 54(c)(2), trial transcripts are only properly taxed as costs if they are authorized in advance by the Court or are necessary for use in the case. The Court provided no such advance authority in this matter. Moreover, the excerpt referenced above was not necessary for use in the case, nor has plaintiff provided any argument in support of that contention. Absent such necessity, plaintiff is not entitled to recover costs associated with obtaining a trial transcript.

394996

- 2 -

    3.    "Fees for Exemplifications and Copies of Papers Necessarily Obtained for Use in the Case"

        A.    "Enlargements of exhibits for trial"    $899.87

The defendant objects to this request for taxable costs because pursuant to L.Civ.R. 54(c)7, "costs for maps, charts and photographs greater than 8 ½ X 11 in size are not properly taxable." Plaintiff is not entitled to costs for his enlargement of documents for display purposes.

## II.    EXPERTS

    4.    "Fees for Witnesses"

        A.    Geoffrey Hazard

| | |
|---|---|
| Fees of Expert Witness | $13,750 |
| Hotel | $1,330.95 |

        B.    Mary Ferrari

| | |
|---|---|
| Fees of Expert Witness | $5,844 |

The defendant objects to these requests, because the requested amount is unreasonable, unwarranted and excessive. Plaintiff has provided no statutory authority for reimbursement for his expert witness fees. See e.g. <u>Otero v. Housing Authority</u>, 2003 U.S. Dist. LEXIS 17706 (D. Conn. 2003). Moreover, plaintiff has provided no documentation in support of his requests.

394996

**III.    FACT WITNESSES**

    C.    Linda Shafran

| | |
|---|---|
| Airfare (Chicago to Hartford) | $199.20 |
| Hotel (Goodwin Hotel) | $609.23 |
| Hotel (Crown Plaza) | $201.54 |

    D.    Rod Crotty

| | |
|---|---|
| Airfare (Phoenix to Hartford) | $609.23 |
| Hotel (2 nights X $209) | $418.00 |

    G.    Andrew Eichner

| | |
|---|---|
| Airfare (Chicago to Hartford) | $289.40 |
| Hotel | $234.08 |

Plaintiff is seeking more than two thousand dollars ($2,000.00) in costs for three witnesses who provided testimony identical to that already on the record. As part of that request, plaintiff is seeking more that $1,400.00 in hotel costs and $1,100.00 for airfare for three witnesses who collectively provided less than three hours of testimony. Given the duration of the testimony and the fact that the testimony was cumulative, plaintiff's request for reimbursement of airfare and hotel costs is outrageous and unreasonable. Indeed, given the length of the testimony, it is inconceivable that any one of these witnesses needed to spend even one night in a hotel, let alone two. Such costs should not be taxed

394996

- 4 -

under L.Civ.R. 54 (b)4(ii). The Rules of Civil Procedure do not contemplate $609.23 a night hotels, and plaintiff should not be able to collect for unnecessary hotel stays or airfare.

Wherefore, the defendant requests that the Clerk not tax the above-mentioned costs.

Respectfully submitted,

DEFENDANT,
GARY COHEN

By: _____
KATHERINE C. CALLAHAN, ESQ.
Federal Bar Number ct06126
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.: (860) 548-2600
Fax: (860) 548-2680
kccallahan@uks.com

394996

- 5 -

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent, via U.S. mails, postage prepaid, this 14th day of April, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

By: _____
KATHERINE C. CALLAHAN, ESQ.
Updike, Kelly & Spellacy, P.C.

394996