UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GARY ZIMMERMAN and
    *Plaintiff*                                       :    NO.: 3:02 CV0181 (AVC)

VS.

GARY COHEN                         :    April 20, 2005
    *Defendant.*

### PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTION TO BILL OF COSTS

The defendant, Gary Cohen's objection to the plaintiff's bill of costs was filed with this court on April 13, 2005. The plaintiff, Gary Cohen hereby responds to those objections.

1. Documents:

2. Fees of the Court Reporter

F. Excerpt of Trial Transcript (2/18/05)

The defendant first objects to the plaintiff's request for taxation of the cost of the trial transcript of February 18, 2005. This excerpt was purchased by the plaintiff and was necessarily obtained for use in the trial. This is a taxable item pursuant to L.Civ.R. 54 which provides for taxation of "The cost of the original and one copy of the trial

transcript, transcripts of pre-trial proceedings, and the cost of postage required for the court reporter to file the transcripts with the court, are taxable if authorized in advance by the court or are necessarily obtained for use in the case." The Plaintiff only purchased the transcript of the examination of Gary Zimmerman. It was obtained for the purpose of closing argument as well as the cross-examination of the defendant, Gary Cohen. The only portions of the transcript which were ordered by the plaintiff were those that were necessary for use at trial. This cost is properly taxable pursuant to L.Civ.R. 54(c)(2)(i).

3. "Fees for Exemplifications and Copies of Papers Necessarily obtained for Use in the Case"

The defendant objects to plaintiff's request for taxation of costs for enlargement of exhibits used at trial. The plaintiff moves for an order of the court allowing for this cost to be taxed pursuant to L.Civ.R. (c)(5). The amount that the plaintiff seeks is a reasonable amount for copies and exhibits relative to the amount that was in question at trial.

## II. EXPERTS

4. "Fees for Witnesses"

A. Geoffrey Hazard

| | |
|---|---|
| Fees of Expert Witness | $13,750 |
| Hotel | $1,330.95 |

B. Mary Ferrari

Fees of Expert Witness $5,844

    The fees listed above, which were objected to by the defendant are properly taxable. "Witness fees are taxable when the witness has actually testified or was necessarily in attendance at trial and whether or not the witness voluntarily attended or was present under subpoena." Both of the above expert witnesses were called and testified at trial. The fees charged are customary and reasonable for the level of expertise of each expert. In addition, Professor Hazard traveled from California in order to testify at trial. After his return flight was cancelled he was forced to spend a third night in a hotel.

### III. FACT WITNESSES

C. Linda Shafran

| | |
|---|---|
| Airfare (Chicago to Hartford) | $199.20 |
| Hotel (Goodwin Hotel) | $609.23 |
| Hotel (Crown Plaza) | $201.54 |

D. Rod Crotty

| | |
|---|---|
| Airfare (Phoenix to Hartford) | $618.40 |
| Hotel (2 nights X $209) | $418.00 |

G. Andrew Eichner

Airfare (Chicago to Hartford)                    $289.40

Hotel                                            $234.08

    The Defendant objects to the taxation of the above listed costs on the basis that the testimony of the above named witnesses was short in duration. There is nothing in L.Civ.R. 54 that makes any reference to the length of witness testimony in relation to costs awarded. The witnesses each provided testimony that was relevant and material to the action. All of the flights referenced above were in coach class as required by the rule. The hotel stay was necessary for each witness to be available for trial. The taxation of the above costs for the fees of witnesses is proper pursuant to L.Civ.R. 54(c)(4).

    Wherefore, the plaintiff moves the court to tax the costs as demonstrated in his Bill of Costs.

THE PLAINTIFF,

BY: _____
Kenneth A. Votre
Votre & Rini, P.C.
201 Orange Street
New Haven, CT 06510
Tel.: 203.498.0065
Fax.: 203.821.3595
Federal Bar # (05981)

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 21st day of April, 2005, to the following counsel of record:

Katherine Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

_____
Kenneth A. Votre, Esq.