UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY ZIMMERMAN,<br>    Plaintiff, | : | CIVIL ACTION NUMBER |
| | : | |
| | : | 3:02 cv 0181 (AVC) |
| VS. | : | |
| | : | |
| GARY COHEN,<br>    Defendant. | : | MAY 6, 2005 |

### NOTICE OF APPEAL

Notice is hereby given that Gary Cohen, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from the final judgment (jury verdict rendered on February 24, 2005; order denying post trial motions for judgment as a matter of law and for a new trial entered in this action on April 6, 2005).

                DEFENDANT,
                GARY COHEN

By: _____
KATHERINE C. CALLAHAN, ESQ.
Federal Bar Number ct06126
BENJAMIN J. BERGER, ESQ.
Federal Bar Number ct25555
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.: (860) 548-2600
Fax: (860) 548-2680
kccallahan@uks.com
bberger@uks.com

397398
35604.1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Appeal was mailed, via U.S. mails, postage prepaid, this 6th day of May, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

Christopher P. McClancy, Esq.
1051 Post Road
P.O. Box 1124
Darien, CT  06820

By: _____
BENJAMIN J. BERGER, ESQ.

397398