UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ZIMMERMAN, Plaintiff, | CIVIL ACTION NUMBER |
| VS. | 3:02 cv 0181 (AVC) |
| GARY COHEN, Defendant. | MAY 18, 2005 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance in the above-entitled action. I am no longer associated with Updike, Kelly & Spellacy, P.C. The defendant will continue to be represented by Attorneys Katherine C. Callahan and Benjamin J. Berger.

A copy of this Withdrawal of Appearance has been mailed, via certified mail, to the defendant on even date herewith.

Respectfully submitted,

By: _____
R. SCOTT SLIFKA, ESQ.
Federal Bar Number ct21407
Chief of Staff
State of Connecticut
Office of the Secretary of State
30 Trinity Street
P.O. Box 150470
Hartford CT 06106
Telephone (860) 509-6212
Fax (860) 509-6131

397398
35604.1

- 2 -

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Withdrawal of Appearance was mailed, via U.S. mails, postage prepaid, this 18th day of May, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

and via certified mail to:

Gary I. Cohen, Esq.
Law Offices of Gary I. Cohen
500 West Putnam Ave. #370
Greenwich, CT 06830

By: _____
KATHERINE C. CALLAHAN, ESQ.

397398

- 2 -