**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY ZIMMERMAN,<br>    Plaintiff, | : | CIVIL ACTION NUMBER<br>3:02 cv 0181 (AVC) |
| VS. | : | |
| GARY COHEN,<br>    Defendant. | : | MAY 23, 2005 |

### DEFENDANT'S MOTION FOR STAY OF EXECUTION AND WAIVER OF BOND

Pursuant to Federal Rule of Civil Procedure 62(b) and Federal Rule of Appellate Procedure 8(a), defendant Gary Cohen, Esq. moves for a stay of execution and/or stay of judgment pending appeal. On May 6, 2005, the defendant filed his notice of appeal and the appeal has been duly docketed with the United State Court of Appeals for the Second Circuit Court. Following the filing of the notice of appeal, counsel for the parties have engaged in settlement negotiations. To date, those discussions have not been fruitful and the appeal is proceeding. Therefore, the defendant/appellant seeks a stay of execution pending appeal. The stay is appropriate and will not result in any harm to the plaintiff because the amount at issue is fully secured in that the defendant's professional liability insurance carrier is responsible for payment of the judgment and any costs taxed by the court. Allowing the plaintiff to proceed with execution against the individual defendant under these circumstances is unwarranted.

399041
35604.1

The defendant further seeks a waiver of the supersedeas bond requirement on the grounds that the judgment at issue is fully secured in that the defendant's professional liability insurance carrier is responsible for the judgment, cost of trial and cost of appeal. Moreover, the defendant, individually, has more than sufficient assets to satisfy any judgment, plus accrued costs, at the conclusion of the appeal, should he not prevail on appeal. Therefore, the defendant should not be forced to incur the costs of an unnecessary bond. See Dillon v. City of Chicago, 866 F.2d 902, 904-05 (7th Cir. 1988).

For the foregoing reasons, defendant Gary Cohen, Esq., respectfully requests that the court enter a stay of execution and waive the bond requirement pending the appeal of this matter.

        Respectfully submitted,
        DEFENDANT,
        GARY COHEN

By: _____
        KATHERINE C. CALLAHAN, ESQ.
        Federal Bar Number ct06126
        Updike, Kelly & Spellacy, P.C.
        One State Street
        P.O. Box 231277
        Hartford, CT 06123-1277
        Tel.: (860) 548-2600
        Fax: (860) 548-2680
        kccallahan@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, via U.S. mails, postage prepaid, this 23rd day of May, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

By: _____
KATHERINE C. CALLAHAN, ESQ.
Updike, Kelly & Spellacy, P.C.