UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WRIT OF EXECUTION
(APPLICATION)

**GARY ZIMMERMAN**
        **Plaintiff**
  v.                                    Civil No. 3:02 CV 0181 (AVC)

**GARY COHEN**
        **Defendant**
**ADDRESS OF COURT:**                   DATE OF JUDGMENT: 2/25/2005
450 Main Street
Hartford, CT 06103


**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**    Gary Zimmerman

NAME OF JUDGMENT DEBTOR: Gary Cohen

1. AMOUNT OF JUDGMENT:                    $370,982.35
2. AMOUNT OF COSTS:                       Pending
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS:              $370,982.35
5. TOTAL PAID ON ACCOUNT:                      0.00
6. TOTAL UNPAID JUDGMENT:                 $370,982.35

SIGNED: _____           5-17-05
Name of Attorney or party making application    Date
Kenneth A. Votre, Esq.
201 Orange Street
New Haven, CT 06510
203-498-0065

(Rev. 10/27/04)

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remained to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgment Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution; with your doings endorsed thereon, on the third person upon whom such demand was made.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.**

NOTICE:   THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY AN PROPER OFFICER PURSUANT TO
THIS EXECUTION.

WITNESS THE HONORABLE

_____
UNITED STATES DISTRICT JUDGE

DATE:         _____
              CLERK OF THE COURT
              DEPUTY CLERK

## RETURN OF SERVICE

STATE OF CONNECTICUT    :
                        :    ss:
COUNTY OF               :

On the _____ day of _____, 2005 then and there I duly served the foregoing application, order and execution on _____ by leaving with or at the usual place of abode of _____ a true and attested copy of the original application, order and execution.

Attest: _____
               Proper Officer

_____
Title