**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY ZIMMERMAN, | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 3:02 CV 0181 (AVC) |
| | : | |
| V. | : | NOTICE OF CROSS-APPEAL |
| | : | |
| GARY COHEN, | : | May 20, 2005 |
| Defendant. | : | |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given, pursuant to Fed. Rule App. Prac. 4(a)(3), that Gary Zimmerman, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from the final judgment (Jury Verdict rendered and Judgment thereon on February 24, 2005), should the Court of Appeals reverse the judgment below on the Defendant's Appeal. The Plaintiff also reserves the right to present alternative grounds for affirmance. This appeal is filed within 14 days of the date of the Defendant's appeal.

THE PLAINTIFF,

BY:____S/_____
Kenneth A. Votre (ct05981)
Keith P. Struges (ct26603)
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
Tel.: 203.498.0065
Fax.: 203.821.3595

**CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 20th day of May, 2005, to the following counsel of record:

Katherine Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124

            _____s/_____
              Keith P. Struges, Esq.