**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY ZIMMERMAN | : | NO.: 3:02 CV0181 (AVC) |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| GARY COHEN | : | June 13, 2005 |
| *Defendant* | | |

## OBJECTION TO DEFENDANT'S MOTION FOR STAY OF EXECUTION AND WAIVER OF BOND

The plaintiff, Gary Zimmerman hereby objects to the defendant's Motion for Stay of Execution and Waiver of Bond. The plaintiff moves for the court to order that the defendant post sufficient bond for the security of plaintiff pending appeal pursuant to Fed. R. Civ. P. 62(b). The plaintiff has no objection to a stay of execution and waiver of bond provided the defendant disclose that the defendant's carrier does not have any claim of denial of coverage of this judgment. Also, the plaintiff would request that the defendant disclose the policy limits and deductible contained in the defendant's professional liability insurance. Without an assurance from the defendant that the judgment will be covered by the defendant's policy, the plaintiff moves for the execution of a bond pending the current appeal.

                    THE PLAINTIFF,
                    GARY ZIMMERMAN


BY:_____
    Kenneth A. Votre
    Votre & Associates, P.C.
    201 Orange Street
    New Haven, CT 06510
    Tel.: 203.498.0065
    Fax.: 203.821.3595
    Federal Bar No. (ct05981)

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 13th day of June, 2005, to the following counsel of record:

Katherine C. Callahan, Esq.
Benjamin Berger, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277

Christopher P. McClancy, Esq.
1051 Post Road, Suite 3
P.O. Box 1124
Darien, CT 06820-1124


_____
Kenneth A. Votre, Esq.