103

FILED

2005 MAY 23 P 2: 27

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NUMBER
3:02 cv 0181 (AVC)

MAY 23, 2005

**IOTION FOR STAY OF EXECUTION AND WAIVER OF BOND**

ıl Rule of Civil Procedure 62(b) and Federal Rule of Appellate Procedure

en, Esq. moves for a stay of execution and/or stay of judgment pending

the defendant filed his notice of appeal and the appeal has been duly

State Court of Appeals for the Second Circuit Court. Following the filing of

sel for the parties have engaged in settlement negotiations. To date, those

fruitful and the appeal is proceeding. Therefore, the defendant/appellant

ending appeal. The stay is appropriate and will not result in any harm to the

nt at issue is fully secured in that the defendant's professional liability

sible for payment of the judgment and any costs taxed by the court.

oceed with execution against the individual defendant under these

ted.

... the amount of the bond.

3:02cv181 (AVC). June 16, 2005. The motion is GRANTED on the condition that, on or before June 24, 2005, the defendant file and serve an affidavit setting forth the policy limits and deductible of his professional liability insurance policy and an affirmation from his carrier that it has not denied coverage in this matter. After receipt of that affidavit, the plaintiff shall have to and including June 30, 2005 to file any objection by way of a motion for reconsideration of this order.

SO ORDERED.

Alfred V. Covello
United States District Judge

FILED

2005 JUN 20 P 1: 27

U.S. DISTRICT COURT
HARTFORD, CT.