UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ZIMMERMAN,<br>    Plaintiff, | CIVIL ACTION NUMBER |
| VS. | 3:02 cv 0181 (AVC) |
| GARY COHEN,<br>    Defendant. | JUNE 24, 2005 |

## COMPLIANCE WITH COURT ORDER

Pursuant to the Court Order filed June 20, 2005, the undersigned hereby provides the Court with an affidavit of defendant Gary Cohen verifying his insurance coverage and correspondence from Attorney Cohen's insurance carrier regarding same[1].

```
                    DEFENDANT,
                    GARY COHEN

                By: ___/s/_____
                    KATHERINE C. CALLAHAN, ESQ.
                    Federal Bar Number ct06126
                    BENJAMIN J. BERGER, ESQ.
                    Federal Bar Number ct25555
                    Updike, Kelly & Spellacy, P.C.
                    One State Street
                    P.O. Box 231277
                    Hartford, CT 06123-1277
                    Tel.: (860) 548-2600
                    Fax: (860) 548-2680
                    kccallahan@uks.com
                    bberger@uks.com
```

---

[1] The undersigned notes that the Court Order was received electronically on June 22, 2005. The undersigned reached Attorney Cohen on June 23, 2005 and discovered that he was en route to California. Attorney Cohen executed the attached affidavit on June 24, 2005, returned same by fax to the undersigned and sent the original via overnight mail. Upon receipt of the original, the undersigned will forward same to the Court.

402224

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, via U.S. mails, postage prepaid, this 24th day of June, 2005, to:

Kenneth A. Votre, Esq.
Votre & Rini
201 Orange Street
New Haven, CT 06510

Christopher P. McClancy, Esq.
1051 Post Road
P.O. Box 1124
Darien, CT   06820

By: _____
BENJAMIN J. BERGER, ESQ.

402224

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ZIMMERMAN, Plaintiff, | NO. 3:02 CV 0181 (AVC) |
| VS. | |
| GARY COHEN, Defendant. | JUNE 23, 2005 |

### AFFIDAVIT OF GARY COHEN

I, Gary Cohen, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18) years and I understand the obligations of an oath.

2. I am aware of the Court Order filed June 20, 2005. In response to the Court's request, and following consultation with my counsel and my insurance carrier, I affirm the following:

3. I have insurance in the amount of $3,000,000.00 applicable to the claims in this matter.

4. I have a deductible of $5,000.00, which I have already paid.

5. My insurance carrier has not asserted any coverage defenses in this matter.

401896

6. Attached hereto is correspondence from my insurance carrier affirming the above.

AFFIANT,

_____
GARY COHEN

Subscribed and sworn to before me this
24th day of June, 2005.

_____
Notary Public
My Commission Expires: 10/12/2007
~~Commissioner of the Superior Court~~

ERNEST LACEY
Commission # 1445028
Notary Public · California
Marin County
My Comm. Expires Oct 12, 2007

401896

## Ben Berger

**From:** jolivier@bbprograms.com
**Sent:** Wednesday, June 22, 2005 10:24 AM
**To:** Ben Berger
**Subject:**

Ben, Mr. Cohen's policy limit is $4 million and his deductible, which has already been paid, is $5,000. We are not asserting any coverage defenses.

Jim