

97

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ZIMMERMAN and *Plaintiff* | NO.: 3:02 CV0181 (AVC) |
| VS. | |
| GARY COHEN *Defendant.* | April 6, 2005 |

### BILL OF COSTS

Pursuant to L.Civ.R. 54, the Plaintiff, Gary Zimmerman, hereby moves for the following costs to be taxed by the court following the jury verdict and judgment rendered in favor of the Plaintiff on February 24, 2005.

1.     Fees of the clerk and Marshal

    A.     Filing Fee- Complaint               $150.00

    B.     Marshal Fees- Service of Complaint        $103.80 (Exhibit A)

    C.     Subpoenas for Depositions

           Donald J. Cantor 2/19/04             $ 137.80 (Exhibit B)

           Douglas Joseph 2/27/04             $104.05 (Exhibit C)

           Douglas Joseph 2/27/04             $36.20 (Exhibit D)

                                                           **$531.85**

*July 19, 2005. Withdrawn by agreement of counsel. SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*

FILED 2005 APR -7 A 10: 28 US DISTRICT COURT HARTFORD CT