

NHCT
02-cv-181
Covello

*FILED AUG 22 2005 — U.S. Court of Appeals*

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| GARY ZIMMERMAN, | CASE NO: 05-2299-CV (Lead) |
| (Consolidated) | 05-2555-CV |
| APPELLEE/ CROSS-APPELLANT | |
| VS. | MOTION FOR VOLUNTARY DISMISSAL |
| GARY COHEN, | |
| APPELLANT/ CROSS APPELLEE | AUGUST 12, 2005 |

### MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), the Appellant / Cross-Appellee and the Appellee/ Cross Appellant hereby petition the clerk of the court to dismiss the above captioned Appeals. The parties are in agreement that the foregoing Appeals may be dismissed without costs to be paid by either party. The parties further stipulate that there are no fees currently due.

Wherefore, the parties are in agreement that docketed appeals 05-2299-CV and 05-2555-CV may be dismissed by the clerk of the court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 8/23/05

Appellee/ Cross-Appellant

BY _____
Kenneth A. Votre (ct05981)
Votre & Associates, PC
201 Orange Street
New Haven, CT 06510
(203) 498-0065

Appellant/ Cross-Appellee

BY _____
Katherine C. Callahan, Esq.
(ct06126)
Benjamin J. Berger, Esq.
(ct25555)
Updike, Kelly & Spellacy, P.C.
1 State Street P.O. Box 231277
Hartford, CT 06123
Federal Bar No. (06126)

So Ordered

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel